## United States Bankruptcy Court
### District of Colorado

| IN RE: | Case No. _____ |
|---|---|
| Escalera Resources Co. | Chapter **11** _____ |
| Debtor(s) | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Societe Generale<br>1111 Bagby St, Ste 2020<br>Houston, TX  77002 | Bracewell & Giuliani LLP<br>Trevor Wommack<br>711 Louisiana, S. Tower, Ste. 2300<br>Houston, TX  77002 | Credit agreement | | 37,000,000.00<br>Collateral:<br>15,000,000.00<br>Unsecured:<br>22,000,000.00 |
| Warren Resources<br>Attn: William Wallander<br>2001 Ross Ave, Suite 3700<br>Dallas, TX 75201-2975 | William Wallander | Operator of Non-Op. Interest | | 1,804,944.16 |
| Richard Dole<br>318 Indian Bayou<br>Houston, TX  77057 | | Severance with Payroll Taxes | | 402,291.91 |
| Weatherford International, LLC<br>2000 St. James Place<br>Huston, TX  77056 | | Trade debt | | 294,394.10 |
| Clark Huffman<br>698 Cody Ct.<br>Lakewood, CO  80215 | | Severance with Payroll Taxes | | 251,359.31 |
| Burlington Resources<br>21873 Network PL<br>Chicago, IL  60673-1218 | (918) 661-4771 | Operator of Non-Operational | | 77,550.75 |
| Winchester Well Service, Inc.<br>700 Winchester Rd<br>Worland, WY  82401 | Michael Davis<br>(307) 347-3525 | Well service | | 62,515.79 |
| Warrior Welding & Backhoe Service LLC<br>4831  County Road 4<br>Craig, CO  81625 | (970) 583-7306 | Trade debt | | 54,550.48 |
| Petrie Partners, LLC<br>1700 Lincoln Street<br>Suite 3900<br>Denver, CO  80203 | | Trade debt | | 50,442.94 |
| R&G Casing And Tubing, Inc.<br>16185 County Road 20<br>Fort Morgan, CO  80701 | | Trade debt | | 47,428.41 |
| Nalco Company<br>7705 Highway 90-A<br>Sugar Land, TX  77478 | | Trade debt | | 21,184.69 |
| DNOW L.P.<br>PO Box 200822<br>Houston, TX  75320-0822 | (281) 823-4700 | Inv. for Pipe Valve Coupling | | 18,800.40 |
| Valley Backhoe & Construction, Inc<br>PO Box 128<br>Baggs, WY  82321 | Jenny Evans<br>(303) 383-6042 | Road Remediation Services | | 16,407.50 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| Seidel Technologies, LLC<br>558 Castle Pines Parkway UNIT B-4<br>Castle Pines, CO  80108 | Trade debt | 15,460.00 |
| FireSteel Well Service Inc<br>PO Box 218<br>Moorcroft, WY  82721 | Pumper for<br>Raeborn well | 12,753.11 |
| Ready Oilfield Service, Inc.<br>1575 Dewar Drive #420<br>Rock Springs, WY  82901 | Trade debt | 12,663.82 |
| SM Energy<br>Dept 384<br>Denver, CO  80291-0384 | Credit for<br>overpayment | 11,880.56 |
| Griffin Partners 675 Bering  LP<br>Dept 459<br>PO Box 4346<br>Houston, TX  77210-4346 | Trade debt | 10,888.08 |
| Thatcher Company<br>P.O. Box 27407<br>Salt Lake City, UT  84127 | Trade debt | 9,638.03 |
| American Mobile Research, Inc.<br>PO Box 2909<br>Casper, WY  82602 | Trade debt | 8,375.00 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **November  5, 2015**        Signature:

**Adam Fenster, Chief Financial Officer**

(Print Name and Title)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only