# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 15-22395-TBM |
| ESCALERA RESOURCES CO., a Maryland ) | |
| corporation, ) | Chapter 11 |
| ) | |
| EIN: 83-0214692 ) | |
| ) | |
| Debtor. ) | |

### NOTICE OF TIME AND PLACE OF HEARING ON DEBTOR'S MOTIONS SEEKING EXPEDITED ENTRY OF ORDERS

**A HEARING HAS BEEN SET** on Debtor's Motion Seeking Expedited Entry of First Day Orders (Docket No. 7) and Debtor's Expedited Motion for Authority to Use Cash Collateral (Docket No. 6).

The date, time and place of the hearing are as follows:

Date:  November 9, 2015

Time:  1:30 p.m. Mountain Time

Court:  U.S. Custom House
721 19th Street
Denver, CO 80202
Courtroom A

Dated: November 5, 2015

**Onsager | Guyerson | Fletcher | Johnson LLC**

*s/ Christian C. Onsager*
Christian C. Onsager, #6889
Michael J. Guyerson, #11279
Andrew D. Johnson, #36879
1801 Broadway, Suite 900
Denver, Colorado 80202
Ph: (303) 512-1123
Fax: (303) 512-1129
consager@OGFJ-law.com
mguyerson@OGFJ-law.com
ajohnson@OGFJ-law.com