**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 15-22395-TBM |
| Escalera Resources Co. ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**UNITED STATES TRUSTEE'S APPOINTMENT**
**OF UNSECURED CREDITORS' COMMITTEE**

The United States Trustee hereby appoints the following persons to the Official Unsecured Creditors Committee in the case of Escalera Resources Co.:

Clark Huffman, **Chair** *
698 Cody Ct.
Lakewood, CO 80125
Phone:   720-473-3395
Clark2@ch2software.com

Si Trujillo, Manager Business Development
Seidel Technologies, LLC
10175 Park Meadows Drive #343
Lone Tree, CO 80124
Phone: 303-845-2046
strujillo@seideltech.com

Shawn Harvey
Griffin Partners 675 Bering, L.P.
c/o Griffin Partners, Inc.
675 Bering St. Suite 175
Houston TX 77024
Phone:   713-622-7714
Fax:    713-266-5331
SHarvey@griffinpartners.com

Richard Dole,
318 Indian Bayou
Houston TX   77057
Phone: 832-265-8227
rdole119@gmail.com

* Clark Huffman is hereby designated as Chair of the Committee until the Committee can meet and elect the Chair of the Committee.

Dated:    November 13, 2015

Respectfully submitted,

PATRICK S. LAYNG
UNITED STATES TRUSTEE
/s/ Paul V. Moss
By: Paul V. Moss, #26903
Attorney for the U.S. Trustee
1961 Stout Street, Suite 12-200
Denver, Colorado 80294
(303) 312-7238 telephone
(303) 312-7259 facsimile
Paul.Moss@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify on the 13th day of November 2015, that a copy of the United States Trustee's **UNITED STATES TRUSTEE'S APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE** was served by deposit in the United States Mail, postage prepaid to the following parties:

Escalera Resources Co.
1675 Broadway
Suite 2200
Denver, co 80202

Michael J. Guyerson
Andrew D. Johnson
Christian C. Onsager
1801 Broadway
Ste. 900
Denver, CO 80202

Jason G. Cohen
William A. (Trey) Wood
711 Louisiana St., Ste. 2300
Houston, TX 77002

Bradford E. Dempsey
3200 Wells Fargo Center
1700 Lincoln St.
Denver, CO 80203

Rew R. Goodenow
50 W. Liberty St.
Ste. 750
Reno, NV 89501

Richard Dole
318 Indian Bayou
Houston TX   77057

Clark Huffman
698 Cody Ct.
Lakewood, CO 80125

Si Trujillo, Manager Business Development
Seidel Technologies, LLC
10175 Park Meadows Drive #343
Lone Tree, CO   80124

Shawn Harvey
Griffin Partners 675 Bering, L.P.
c/o Griffin Partners, Inc.
675 Bering St. Suite 175
Houston TX 77024

Angeline Vachris Kell
Associate Attorney
Womac Law
8301 Katy Freeway
Houston, Texas 77024

/s/ Nicole Nagler
Office of the United States Trustee