**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

## *Minutes of Proceeding*

Date: May 10, 2016

**Honorable Thomas B. McNamara, Presiding**
Anne E. R. Tunnell, Law Clerk

In re: Escalera Resources Co.

Case No. 15-22395  TBM

Chapter  11

Debtor(s).

| | Appearances | | |
|---|---|---|---|
| Trustee | | Counsel | |
| Debtor(s) | | Counsel | **Christian Onsager, Michael J. Guyerson** |
| Creditor | **PacifiCorp dba Rocky Mountain Power** | Counsel | **Steven E. Abelman, Jeremy Weinstein** |
| Creditor | **Société Générale** | Counsel | **Brandan Oliver** |

Proceedings:   Evidentiary Hearing on PacifiCorp's Motion for Order Allowing Administrative Expenses (Docket No. 206), Debtor's Response (Docket No. 232) thereto and Joinder to Debtor's Response filed by Société Générale (Docket No. 237).

[X]Witnesses sworn: Shawn J. Kolitch; Stacy Splittstoesser; Ben Geertsen
[X] Exhibits admitted in evidence: PacifCorp Exhibit 1-8; and Debtor's Exhibits A-C.  See attached Lists.

Orders:

[X] Matter taken under advisement.

Date: May 10, 2016

**FOR THE COURT:**
*Kenneth S. Gardner, Clerk of Bankruptcy Court*

By: _____

A.E.R. Tunnell, Law Clerk

**ATTACHMENT 1**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| In re: | |
|---|---|
| ESCALERA RESOURCES CO., | Case No. 15-22395-TBM |
| Debtor. | Chapter 11 |

**PACIFICORP'S EXHIBITS FOR HEARING**

Submitted by: PacifiCorp, doing business as Rocky Mountain Power ("PacifiCorp")
In Connection with: 01/20/16 Motion for Order Allowing Administrative Expense Pursuant to 11 U.S.C. § 503(b)(9) filed by PacifiCorp.

| Exhibit Number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| 1. | Curricula Vitae of Shawn J. Kolitch | Yes | Yes | Stipulated |
| 2. | Initial Expert Witness Report of Shawn J. Kolitch | Yes | Yes | |
| 3. | Proof of Claim [Claim 46-1] filed by PacifiCorp on January 19, 2016 | Yes | Yes | |
| 4. | 12 Month Prepetition Billing Summary for each of the three Debtor accounts with Rocky Mountain Power, attached as Exhibit A to Proof of Claim filed by PacifiCorp | Yes | Yes | |

## CERTIFICATE OF SERVICE

I certify that on April 29, 2016, I served a copy of the foregoing **PACIFICORP'S LIST OF WITNESSES AND EXHIBITS** (i) by electronic means on the parties noted in the Court's ECF transmission facilities and (ii) by prepaid first class mail to the following parties:

*Counsel for the Debtor*
Michael J. Guyerson
1801 Broadway
Ste. 900
Denver, CO 80202

*Counsel for Societe Generale*
William A. (Trey) Wood III
711 Louisiana, Suite 2300
Houston, Texas 77002

*s/ Sheila M. Grisham*
Sheila M. Grisham, Paralegal

| 5. | Debtor service locations for which Rocky Mountain Power sold electricity, along with each location's meter number and corresponding Rocky Mountain Power account number, attached as Exhibit B to Proof of Claim filed by PacifiCorp | Yes | Yes | |
|----|----|----|----|----|
| 6. | Rocky Mountain Power's invoices to the Debtor for the three Debtor accounts with Rocky Mountain Power through November 5, 2015, attached as Exhibit C to Proof of Claim filed by PacifiCorp | Yes | Yes | |
| 7. | Excerpts of the Wyoming tariff rules and regulations pursuant to which Rocky Mountain Power sold electricity to the Debtor in Wyoming and pursuant to which the Debtor received electricity and incurred charges prior to the Petition Date, attached as Exhibit D to Proof of Claim filed by PacifiCorp | Yes | Yes | |
| 8. | Summary and breakdown of PacifiCorp's Administrative Expense Claim by physical location and meter number, along with the actual usage detail for each physical location and meter number, attached as Exhibit E to the Proof of Claim filed by PacifiCorp | Yes | Yes | |

018722\0001\14674669.1

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 15-15-22395-TBM |
| ESCALERA RESOURCES CO., a Maryland | ) |
| corporation, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |

**ATTACHMENT 1**
**DEBTOR'S EXHIBIT LIST**

<u>Submitted by</u>: Debtor, Escalera Resources Co.

<u>In connection with</u>: May 10, 2016 Hearing on PacifiCorp's Motion for Order Allowing Administrative Expense Pursuant to 11 U.S.C. § 503(b)(9).

| Exh. No. | Description | Offered (Yes/No) | Admitted (Yes/No) | Stipulated (Yes/No) | Additional Comments |
|---|---|---|---|---|---|
| Debtor-A | Rocky Mountain Power-WY price summary 4/1/2016 | YES | YES | | |
| Debtor-B | Rocky Mountain Power Invoice to Debtor-January 2016 and March 2016 | YES | YES | | |
| Debtor-C | PacifiCorp (dba Rocky Mountain Power) Proof of Claim No. 46 | YES | YES | | |
| Debtor-D | Any Exhibits endorsed by any party | | | | |
| Debtor-E | Any Exhibits needed for rebuttal response | | | | |

3

## CERTIFICATE OF SERVICE

I certify that on April 29, 2016, a copy of the forgoing **DEBTOR'S WITNESS AND EXHIBIT LIST FOR HEARING ON PACIFICORP'S MOTION FOR ORDER ALLOWING ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. § 503(B)(9), MAY 10, 2016,** was served by CM/ECF to all parties requesting notice from the Court and by email to the following parties:

Paul V. Moss
Office of United States Trustee
1961 Stout St., Ste. 12-200
Denver, CO 80294-1961
Paul.Moss@usdoj.gov

Steven E. Abelman
Samuel M. Kidder
410 17th Street, Suite 2200
Denver, CO 80202-4432
sabelman@bhfs.com
skidder@bhfs.com

*s/ Barbara A. Moss*

4