### *Onsager / Guyerson / Fletcher / Johnson, LLC*
1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123          Fax:(303) 512-1129

Escalera Resources Co.                                          October 5, 2016

1675 Broadway
Suite 2200
Denver, Colorado
80202

|                  |                 |
|------------------|-----------------|
| File #:          | EscaleraFee     |
| Inv  #:          | 8127            |

**Attention:**    Adam Fenster, Chief Financial Officer

**RE:**    Professional Fees

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jul-22-16 | Work on May and June Escalera invoices for debtor and committee review | 1.60 | N/C | MJG |
| | Totals | 1.60 | $0.00 | |

| | |
|---|---|
| **Total Fee & Disbursements** | **$0.00** |
| Previous Balance | 2,165.15 |
| **Balance Now Due** | **$2,165.15** |

TAX ID Number        20-1238208

### *Onsager | Guyerson | Fletcher | Johnson, LLC*
1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123          Fax:(303) 512-1129

Escalera Resources Co.                                                October 5, 2016

1675 Broadway
Suite 2200
Denver, Colorado
80202

|  |  |
|---|---|
| File #: | EscaleraFee |
| Inv #: | 8144 |

**Attention:**    Adam Fenster, Chief Financial Officer

**RE:**    Professional Fees

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Aug-19-16 | Review Mutual of Omaha fees and email to A. Fenster | 0.20 | 80.00 | CCO |
| Aug-24-16 | Review and revise First Interim Fee Application | 2.10 | 840.00 | CCO |
|  | Revise signature block, review fee spreadsheet | 0.20 | 20.00 | BAM |
| Aug-31-16 | Revise fee application spreadsheet, review previous months billing | 0.70 | N/C | BAM |
|  | Totals | 3.20 | $940.00 |  |

| | |
|---|---|
| **Total Fee & Disbursements** | **$940.00** |
| Previous Balance | 2,165.15 |
| **Balance Now Due** | **$3,105.15** |

TAX ID Number      20-1238208

## *Onsager / Fletcher / Johnson LLC*
1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123                    Fax:(303) 512-1129

Escalera Resources Co.                                        November 30, 2016

1675 Broadway
Suite 2200
Denver, Colorado
80202

|  | | File #: | EscaleraFee |
|---|---|---|---|

**Attention:**   Adam Fenster, Chief Financial Officer          Inv #:          8202

**RE:**      Professional Fees

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Sep-01-16 | Continue reviewing fee application spreadsheet | 0.80 | N/C | BAM |
| Sep-07-16 | Continue reviewing and revising first fee application spreadsheet, adding to totals for period, invoices and rate adjustment | 2.70 | N/C | BAM |
| Sep-15-16 | Revise First Interim App | 0.30 | 120.00 | CCO |
|  | Calculate totals and clean up first fee application spreadsheet (.2.2) (NO CHARGE 1.5); begin adding spreadsheet data to first fee application (.2) | 0.90 | 90.00 | BAM |
|  | NO CHARGE | 1.50 | N/C | BAM |
| Sep-16-16 | Continue entering billing data into first fee application | 2.40 | 240.00 | BAM |
| Sep-19-16 | Continue adding billing data to first fee application | 0.50 | 50.00 | BAM |
| Sep-27-16 | Add April through June fees and expenses to fee application spreadsheet | 1.00 | 100.00 | BAM |
| Oct-05-16 | Add July bills to second fee application spreadsheet (.7); add August bills to second fee application spreadsheet (.5) | 1.20 | 120.00 | BAM |

| Oct-06-16 | Search for better email address for K. Sigwarth, forward messages regarding April, May and June invoices to B. Wallender | 0.30 | N/C | BAM |
|---|---|---|---|---|
| | Totals | 11.60 | $720.00 | |

| | | |
|---|---|---|
| **Total Fee & Disbursements** | | **$720.00** |
| Previous Balance | | 3,105.15 |
| Previous Payments | | 600.00 |
| **Balance Now Due** | | **$3,225.15** |

TAX ID Number        20-1238208

**PAYMENT DETAILS**

| Oct-20-16 | Payment from Retainer for Inv. Nos. 8081, 8094, 8101 | 600.00 |
|---|---|---|
| | **Total Payments** | **$600.00** |

## TRUST STATEMENT

|  |  | Disbursements | Receipts |
|---|---|---|---|
| Oct-20-16 | Received From: Transfer: EscaleraPlan To Escalera Transfer of Retainer | | 600.00 |
| | Paid To: Onsager \| Guyerson \| Fletcher \| Johnson, I Payment from Retainer for Inv. Nos. 8081, 8094, 8101 | 600.00 | |
| | Total Trust | $600.00 | $600.00 |
| | **Trust Balance** | | **$0.00** |

### *Onsager / Guyerson / Fletcher / Johnson, LLC*
1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123          Fax:(303) 512-1129

Escalera Resources Co.                                              January 8, 2016

1675 Broadway
Suite 2200
Denver, Colorado
80202

| | File #: | EscaleraOthe |
| --- | --- | --- |
| **Attention:**   Adam Fenster, Chief Financial Officer | Inv #: | 7733 |

**RE:**     Other Professionals

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
| --- | --- | --- | --- | --- |
| Nov-16-15 | Begin drafting application to employ Hein | 0.20 | 30.00 | GP |
| Nov-17-15 | Review draft motion and order to employ Heins & Associates as CPAs to debtor | 0.40 | 130.00 | MJG |
| | Draft application to employ Hein, affidavit, and proposed order (2.5); revise application to employ Hein and related documents pursuant to M. Guyerson edits (.3) (NO CHARGE 1.1) | 1.70 | 255.00 | GP |
| | NO CHARGE | 1.10 | N/C | GP |
| Nov-25-15 | Review Committee motion for interim compensation procedures | 0.10 | 32.50 | MJG |
| | Totals | 3.50 | $447.50 | |

**Total Fee & Disbursements**                                            **$447.50**

**Balance Now Due**                                                 **$447.50**

TAX ID Number        20-1238208

### *Onsager / Guyerson / Fletcher / Johnson, LLC*
1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123          Fax:(303) 512-1129

Escalera Resources Co.
1675 Broadway
Suite 2200
Denver, Colorado
80202

# December Invoice

March 29, 2016

|  |  |
|---|---|
| File #: | EscaleraOthe |
| Inv #: | 7798 |

**Attention:**    Adam Fenster, Chief Financial Officer

**RE:**    Other Professionals

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Dec-01-15 | Review motion to retain Hein and telephone call with A. Fenster regarding SEC reporting | 0.30 | 120.00 | CCO |
| Dec-02-15 | Further revise Hein application, order | 0.20 | 80.00 | CCO |
| Dec-11-15 | Draft motion to employ Burleson and affidavit regarding same | 1.30 | 195.00 | GP |
| Dec-14-15 | Revise proposed stipulated order on interim compensation procedures and objection filed | 0.20 | 65.00 | MJG |
| | Finalize motion to employ Burleson | 1.50 | 225.00 | GP |
| Dec-15-15 | Review and revise application to employ special counsel in Humphrey litigation, order and notice | 0.20 | 65.00 | MJG |
| | Review and revise motion and affidavit to employ Jones & Keller as securities counsel, approve final version | 0.20 | 65.00 | MJG |
| | Telephone call from Hein & Associates regarding questions on the motion to employ and affidavit changes | 0.20 | 65.00 | MJG |
| | Review and revise Hein application | 0.10 | 40.00 | CCO |
| | Revise motion to employ Burleson per M. Guyerson edits (.2); finalize motion to employ | 1.00 | 150.00 | GP |

**207**

|  |  |  |  |  |
|---|---|---|---|---|
|  | Jones & Keller (.7); email R. Godbolt with Jones & Keller regarding application to employ, email A. Fenster regarding contact at Hein (.1) |  |  |  |
| Dec-16-15 | Email exchange with Jones & Keller regarding application to employ the firm | 0.10 | 15.00 | GP |
| Dec-17-15 | Review and revise retention pleadings for Davenport | 0.30 | 120.00 | CCO |
|  | Review and revise Davenport retention pleadings | 0.30 | N/C | CCO |
|  | Revise motion to employ Burleson and Lindquist, affidavit and proposed order (.5); review and respond to call from creditors of the estate regarding proof of claim form (.2) | 0.70 | 105.00 | GP |
|  | Totals | 6.60 | $1,310.00 |  |

| | |
|---|---|
| **Total Fee & Disbursements** | **$1,310.00** |
| Previous Balance | 447.50 |
| Previous Payments | 335.63 |
| **Balance Now Due** | **$1,421.87** |

TAX ID Number      20-1238208

## PAYMENT DETAILS

| | |
|---|---|
| Feb-12-16   Payment from Retainer Invoice No. 7733 | 335.63 |
| **Total Payments** | **$335.63** |

## TRUST STATEMENT

| | | Disbursements | Receipts |
|---|---|---|---|
| Feb-12-16 | Received From: Transfer: EscaleraWO To Escalera Transfer of Retainer | | 335.63 |
| | Paid To: Onsager \| Guyerson \| Fletcher \| Johnson, I Payment from Retainer Invoice No. 7733 | 335.63 | |
| | Total Trust | $335.63 | $335.63 |
| | **Trust Balance** | | **$0.00** |

# *Onsager / Guyerson / Fletcher / Johnson, LLC*

1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123          Fax:(303) 512-1129

Escalera Resources Co.                                              May 6, 2016

1675 Broadway
Suite 2200
Denver, Colorado
80202

|  |  |
|---|---|
| File #: | EscaleraOthe |
| Inv #: | 7860 |

**Attention:**   Adam Fenster, Chief Financial Officer

**RE:**   Other Professionals

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jan-06-16 | Email Hein & Associates and Jones & Keller regarding applications to employ | 0.20 | 30.00 | GP |
| Jan-08-16 | Draft certificate of service, finalize, file and serve application to employ Hein as accountants for debtor (.5); docket same (.1) (NO CHARGE .1) | 0.50 | 50.00 | BAM |
|  | NO CHARGE | 0.10 | N/C | BAM |
|  | Revise and send Application to Employ Lindquist to G. Davenport | 0.40 | 60.00 | GP |
| Jan-11-16 | Draft certificate of service for application to employ Lindquist and Vennum (.2); efile same (.1) | 0.30 | 30.00 | BAM |
|  | Finalize application to employ Lindquist and draft proposed order regarding same | 0.20 | 30.00 | GP |
| Jan-14-16 | Finalize and file application to employ Jones & Keller (.3); scan, save and email Committee invoices to debtor, including local rules and interim compensation order (.4) | 0.70 | 70.00 | BAM |
|  | Serve application to employ Jones & Keller, docket same, scan and save bar date returned mail | 0.20 | N/C | BAM |

**210**

|  |  |  |  |  |
|---|---|---|---|---|
|  | Revise Jones & Keller affidavit and send same to R. Godbolt | 0.20 | 30.00 | GP |
| Jan-19-16 | Email order approving employment to Hein & Associates and Lindquist & Vennum | 0.10 | 15.00 | GP |
|  | Totals | 2.90 | $315.00 |  |

| | |
|---|---|
| **Total Fee & Disbursements** | **$315.00** |
| Previous Balance | 1,421.87 |
| Previous Payments | 982.50 |
| **Balance Now Due** | **$754.37** |

TAX ID Number      20-1238208

**PAYMENT DETAILS**

| | |
|---|---|
| Apr-19-16   Payment from Retainer for Invoice No. 7798 | 982.50 |
| **Total Payments** | **$982.50** |

## TRUST STATEMENT

|  |  | Disbursements | Receipts |
|---|---|---|---|
| Apr-19-16 | Received From: Transfer: EscaleraWo To Escalera Transfer of Retainer | | 982.50 |
|  | Paid To: Onsager \| Guyerson \| Fletcher \| Johnson, I Payment from Retainer for Invoice No. 7798 | 982.50 | |
|  | Total Trust | $982.50 | $982.50 |
|  | **Trust Balance** | | **$0.00** |

## *Onsager / Guyerson / Fletcher / Johnson, LLC*
1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123          Fax:(303) 512-1129

Escalera Resources Co.                                                    May 6, 2016

1675 Broadway
Suite 2200
Denver, Colorado
80202

|  |  |
|---|---|
| File #: | EscaleraOthe |
| Inv #: | 7869 |

**Attention:**   Adam Fenster, Chief Financial Officer

**RE:**   Other Professionals

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Feb-03-16 | Conference with G. Palmer regarding service list for monthly bills (.2) (NO CHARGE .2); create list of notice parties for monthly bills (.1); draft certificate of service, finalize, file and serve response to Pacificorp motion for administrative expense (.5) (NO CHARGE .2) | 0.40 | 40.00 | BAM |
| | NO CHARGE | 0.40 | N/C | BAM |
| | Respond to email from A. Fenster regarding Jones & Keller (.1); email interim comp procedures to Jones & Keller and Hein & Associates (.6) | 0.70 | N/C | GP |
| Feb-10-16 | Scan and save Kutner invoices for January | 0.10 | N/C | BAM |
| | Totals | 1.60 | $40.00 | |

| | |
|---|---|
| **Total Fee & Disbursements** | **$40.00** |
| Previous Balance | 754.37 |
| **Balance Now Due** | **$794.37** |

TAX ID Number      20-1238208

## *Onsager | Guyerson | Fletcher | Johnson, LLC*
1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123          Fax:(303) 512-1129

Escalera Resources Co.                                                    May 24, 2016

1675 Broadway
Suite 2200
Denver, Colorado
80202

| | File #: | EscaleraOthe |
| --- | --- | --- |

**Attention:**  Adam Fenster, Chief Financial Officer          Inv #:          7906

**RE:**  Other Professionals

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
| --- | --- | --- | --- | --- |
| Mar-15-16 | Review Committee Counsel invoices for time, note issues over avoidance complaint; telephone call with A. Fenster regarding inability to pay committee counsel invoices | 0.30 | 97.50 | MJG |
| Mar-18-16 | Prepare and send e-mail to committee counsel regarding January and February invoices - avoidance related fees | 0.20 | 65.00 | MJG |
| | Totals | 0.50 | $162.50 | |

| | | | |
| --- | --- | --- | --- |
| **Total Fee & Disbursements** | | | **$162.50** |
| Previous Balance | | | 794.37 |
| **Balance Now Due** | | | **$956.87** |

TAX ID Number      20-1238208

**214**

## *Onsager / Guyerson / Fletcher / Johnson, LLC*

1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123              Fax:(303) 512-1129

Escalera Resources Co.                                        September 27, 2016

1675 Broadway
Suite 2200
Denver, Colorado
80202

| | | File #: | EscaleraOthe |
| --- | --- | --- | --- |
| **Attention:** | Adam Fenster, Chief Financial Officer | Inv #: | 8079 |

**RE:**    Other Professionals

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
| --- | --- | --- | --- | --- |
| Apr-21-16 | Leave message for G. Johnson regarding forms for their fees | 0.10 | N/C | BAM |
| Apr-25-16 | Review and respond to email from G. Johnson regarding their Escalera fees | 0.10 | N/C | BAM |
| Apr-26-16 | Telephone calls and emails with G. Johnson regarding fee application requirements (.5); search for sample certificate of service to send G. Johnson (.3) (NO CHARGE .3) | 0.50 | 50.00 | BAM |
| | NO CHARGE | 0.30 | N/C | BAM |
| Apr-28-16 | Telephone call with G. Johnson regarding filing fee application | 0.10 | N/C | BAM |
| Apr-29-16 | Review email from G. Johnson and Lindquist draft fee application, conference with M. Guyerson regarding same (.3); email to G. Johnson regarding same (.1) (NO CHARGE .1); telephone call with G. Johnson regarding same (.2) (NO CHARGE .2) | 0.30 | 30.00 | BAM |
| | NO CHARGE | 0.30 | N/C | BAM |
| | Totals | 1.70 | $80.00 | |

**Total Fee & Disbursements**                                        **$80.00**

215

Case:15-22395-TBM    Doc#:392-3    Filed:12/28/16    Entered:12/28/16 17:36:31    Page16 of 23

| | |
|---|---|
| Previous Balance | 956.87 |
| Previous Payments | 388.13 |
| | _____ |
| **Balance Now Due** | **$648.74** |

TAX ID Number        20-1238208

**PAYMENT DETAILS**

| | | |
|---|---|---|
| Aug-22-16 | Payment on Invoice for Services | 388.13 |
| | | _____ |
| | **Total Payments** | **$388.13** |

**216**

## *Onsager / Guyerson / Fletcher / Johnson, LLC*

1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123          Fax:(303) 512-1129

Escalera Resources Co.                                      September 27, 2016

1675 Broadway
Suite 2200
Denver, Colorado
80202

|                |              |
|----------------|--------------|
| File #:        | EscaleraOthe |

**Attention:**    Adam Fenster, Chief Financial Officer

|                |              |
|----------------|--------------|
| Inv #:         | 8092         |

**RE:**    Other Professionals

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| May-03-16 | Print Lindquist fee application for M. Guyerson and conference with him regarding same, emails with G. Johnson regarding same (.5) (NO CHARGE .5); conference with A. White and C. Onsager on limited notice order (.2); email Committee invoice to client (.1); file Lindquist fee application (.1); docket same, calendar objection deadline and email to G. Johnson (.2) | 0.60 | 60.00 | BAM |
|  | Draft certificate of service for Lindquist fee application, revise notice, finalize application documents for filing | 0.60 | 60.00 | BAM |
|  | NO CHARGE | 0.50 | N/C | BAM |
| May-16-16 | Review and respond to messages regarding fee letter from G. Johnson | 0.30 | N/C | BAM |
|  | Scan and save Lindquist fee letter and invoices | 0.10 | N/C | AAW |
| May-19-16 | Telephone call with A. Fenster regarding Lindquist fees and application to file on Humphrey litigation | 0.10 | 32.50 | MJG |
| May-24-16 | Telephone call with Lindquist law firm regarding payment of interim compensation | 0.20 | 65.00 | MJG |

**217**

| | | | | |
|---|---|---|---|---|
| | Review and respond to email from G. Johnson | 0.10 | N/C | BAM |
| May-27-16 | Draft certificate of non-contested matter for Lindquist fee application (.2); file and docket same, forward to G. Johnson (.2) (NO CHARGE .2) | 0.20 | 20.00 | BAM |
| | NO CHARGE | 0.20 | N/C | BAM |
| | Totals | 2.90 | $237.50 | |

**Total Fee & Disbursements**                                          **$237.50**

Previous Balance                                                             648.74

**Balance Now Due**                                                    **$886.24**

TAX ID Number        20-1238208

### *Onsager / Guyerson / Fletcher / Johnson, LLC*
1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123             Fax:(303) 512-1129

Escalera Resources Co.                                          September 27, 2016

1675 Broadway
Suite 2200
Denver, Colorado
80202

|              |              |
|--------------|-------------:|
| File #:      | EscaleraOthe |

**Attention:**   Adam Fenster, Chief Financial Officer

|          |      |
|----------|-----:|
| Inv #:   | 8099 |

**RE:**   Other Professionals

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|------:|-------:|-------:|
| Jun-08-16 | Review email and May invoice from G. Johnson, save and calendar objection deadline | 0.10 | N/C | BAM |
| Jun-22-16 | Call court regarding Lindquist fee application | 0.20 | 20.00 | BAM |
| Jun-27-16 | Email to A. Fenster regarding Lindquist's May invoices and email to G. Johnson regarding fee application | 0.30 | 30.00 | BAM |
| | Totals | 0.60 | $50.00 | |

| | |
|---|---:|
| **Total Fee & Disbursements** | **$50.00** |
| Previous Balance | 886.24 |
| **Balance Now Due** | **$936.24** |

TAX ID Number       20-1238208

## *Onsager / Guyerson / Fletcher / Johnson, LLC*

1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123          Fax:(303) 512-1129

Escalera Resources Co.                                          October 5, 2016

1675 Broadway
Suite 2200
Denver, Colorado
80202

|  |  |
|---|---|
| File #: | EscaleraOthe |

**Attention:**   Adam Fenster, Chief Financial Officer

|  |  |
|---|---|
| Inv  #: | 8135 |

**RE:**   Other Professionals

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jul-05-16 | Draft second certificate of non-contested matter regarding Lindquist fee application | 0.20 | 20.00 | BAM |
| Jul-07-16 | Conference with M. Guyerson regarding second certificate of non-contested matter regarding Lindquist fee application (.1); docket order granting Lindquist fee application, email to G. Johnson and A. Fenster regarding same (.2) | 0.30 | N/C | BAM |
| | Totals | 0.50 | $20.00 | |

| | |
|---|---|
| **Total Fee & Disbursements** | **$20.00** |
| Previous Balance | 936.24 |
| **Balance Now Due** | **$956.24** |

TAX ID Number       20-1238208

## *Onsager | Guyerson | Fletcher | Johnson, LLC*
1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123            Fax:(303) 512-1129

Escalera Resources Co.                                                October 5, 2016

1675 Broadway
Suite 2200
Denver, Colorado
80202

|                |                                                        |       |        | File #:   | EscaleraOthe |
|----------------|--------------------------------------------------------|-------|--------|-----------|--------------|

**Attention:**    Adam Fenster, Chief Financial Officer              Inv  #:              8142

**RE:**    Other Professionals

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Aug-08-16 | Scan and save Kutner July 2016 invoices, calendar objection deadline | 0.20 | N/C | BAM |
| | Totals | 0.20 | $0.00 | |

| | |
|---|---|
| **Total Fee & Disbursements** | **$0.00** |
| Previous Balance | 956.24 |
| **Balance Now Due** | **$956.24** |

TAX ID Number      20-1238208

## *Onsager / Fletcher / Johnson LLC*
1801 Broadway
Suite 900
Denver, Colorado 80202

Ph:(303) 512-1123          Fax:(303) 512-1129

Escalera Resources Co.                                      November 30, 2016

1675 Broadway
Suite 2200
Denver, Colorado
80202

|  |  |
|---|---|
| File #: | EscaleraOthe |

**Attention:**   Adam Fenster, Chief Financial Officer

|  |  |
|---|---|
| Inv #: | 8200 |

**RE:**   Other Professionals

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Oct-12-16 | Review invoice from Jones & Keller | 0.10 | 10.00 | BAM |
| Oct-26-16 | Email to A. Fenster regarding Jones & Keller | 0.10 | 40.00 | CCO |
| | Totals | 0.20 | $50.00 | |

| | |
|---|---|
| **Total Fee & Disbursements** | **$50.00** |
| Previous Balance | 956.24 |
| Previous Payments | 275.63 |
| **Balance Now Due** | **$730.61** |

TAX ID Number      20-1238208

**PAYMENT DETAILS**

| | | |
|---|---|---|
| Oct-20-16 | Payment from Retainer for Inv. Nos. 8079, 8092, 8099 | 275.63 |
| | **Total Payments** | **$275.63** |

## TRUST STATEMENT

|            |                                                                                                      | Disbursements | Receipts   |
|------------|------------------------------------------------------------------------------------------------------|---------------|------------|
| Oct-20-16  | Received From: Transfer: EscaleraPlan To Escalera Transfer of Retainer                                |               | 275.63     |
|            | Paid To: Onsager \| Guyerson \| Fletcher \| Johnson, I Payment from Retainer for Inv. Nos. 8079, 8092, 8099 | 275.63        |            |
|            | Total Trust                                                                                           | $275.63       | $275.63    |
|            | **Trust Balance**                                                                                    |               | **$0.00**  |