# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 15-22395-TBM |
| ESCALERA RESOURCES CO., ) | Chapter 11 |
| ) | |
| EIN: 83-0214692 ) | |
| ) | |
| Debtor. ) | |

**ORDER GRANTING MOTION TO: (1) SHORTEN NOTICE TO TWELVE (12) DAYS OF MOTION FOR ENTRY OF ORDER (I) ESTABLISHING BIDDING AND SALE PROCEDURES; (II) ESTABLISHING PROCEDURES RELATED TO THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (III) SCHEDULING THE AUCTION FOR THE SALE OF SUBSTANTIALLY ALL OF DEBTOR'S ASSETS; AND (2) SET HEARING**

THIS MATTER comes before the Court upon the Motion to Shorten Notice to Twelve (12) Days of Motion for Entry of Order (I) Establishing Bidding and Sale Procedures; (II) Establishing Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Scheduling the Auction for the Sale of Substantially All of Debtor's Assets (the "Bidding Procedures Motion"), and the Court, being fully informed in the premises and finding good cause has been shown, does hereby:

ORDER that the Shorten Notice Motion is Granted; and

FURTHER ORDERS that:

1. The notice period is shortened to twelve (12) days with August 7, 2017 as the deadline file an objection to the Debtor's Bidding Procedures Motion with the Court.

2. In the event no objections are filed to the Bidding Procedures Motion, Debtor is authorized to file a Certificate of Non-Contested Matter on August 8, 2017.

3. In the event any objections to the Bidding Procedures Motion are timely filed, a hearing on the Bidding Procedures Motion is set for August 15, 2017 at 9:00 a.m.

4. In the event no objections to the Bidding Procedures Motion are filed, the hearing will be deemed vacated upon the filing of the Certificate of Non-Contested Matter.

Dated July 27, 2017.  BY THE COURT:

_____
Honorable Thomas B. McNamara
U.S. Bankruptcy Court Judge