**DEBTOR(S):** Escalera Resources Co.

**CASE NUMBER:** 15-22395-TBM

**MONTHLY OPERATING REPORT**
CHAPTER 11

Form 2-A
**COVER SHEET**

For Period End Date: **April 30, 2018**

**Accounting Method:** [ X ] Accrual Basis    [ ] Cash Basis

### THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each
Required Document:

Debtor must attach each of the following documents unless the U. S. Trustee
has waived the requirement in writing. File the original with the Clerk of Court.
Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| [ X ] | [ ] | 1. Cash Receipts and Disursements Statement (Form 2-B) |
| [ X ] | [ ] | 2. Balance Sheet (Form 2-C) |
| [ X ] | [ ] | 3. Profit and Loss Statement (Form 2-D) |
| [ X ] | [ ] | 4. Supporting Schedules (Form 2-E) |
| [ X ] | [ ] | 5. Quarterly Fee Summary (Form 2-F) |
| [ X ] | [ ] | 6. Narrative (Form 2-G) |
| [ X ] | [ ] | 7. Bank Statements for All Bank Accounts *(Redact all but last 4 digits of account number and remove check images)* |
| [ X ] | [ ] | 8. Bank Statement Reconciliations for all Bank Accounts |
| [ n/a ] | | 9. Evidence of insurance for all policies renewed or replaced during month |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

**Executed on:** 6/19/2018

**Print Name:** James T. Albi

**Signature:**

**Title:** Vice President of Operations

Rev. 1/15/14

**DEBTOR(S):** **Escalera Resources Co.**                    **CASE NO:**        **15-22395-TBM**

### Form 2-B
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period:        **April 1, 2018**    to    **April 30, 2018**

**CASH FLOW SUMMARY**

| | | Current Month | | Accumulated |
|---|---|---|---|---|
| **1. Beginning Cash Balance** | $ | 4,349,475.52 (1) | $ | 10,037,754.37 (1) |
| | | | | |
| 2. Cash Receipts | | | | |
| Operations (from accounts 4201 and 7113) | | 638,074.45 | | 25,584,305.22 |
| Sale of Assets | | 0 | | 0 |
| Loans/advances | | 0 | | 0 |
| Other | | 0 | | 0 |
| Total Cash Receipts | $ | 638,074.45 | $ | 25,584,305.22 |
| | | | | |
| 3. Cash Disbursements | | | | |
| Operations | | 902,669.79 | | 28,936,120.66 |
| Debt Service/Secured loan payment | | 0 | | 0 |
| Professional fees/U.S. Trustee fees | | 63,515.98 | | 2,374,189.95 |
| Professional fees paid from retainer (e.g. COLTAF accts) | | 0 | | 254,321.60 |
| Other | | 0 | | 36,063.18 |
| Total Cash Disbursements | $ | 966,185.77 | $ | 31,600,695.39 |
| | | | | |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | $ | (328,111.32) | $ | (6,016,390.17) |
| | | | | |
| **5 Ending Cash Balance (to Form 2-C)** | $ | 4,021,364.20 (2) | $ | 4,021,364.20 (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | | Book Balance |
|---|---|---|---|
| Petty Cash | None | $ | 0.00 |
| DIP Operating Account | ANB Bank - | 4201 | 3,656,856.02 |
| DIP State Tax Account | None | | 0.00 |
| DIP Payroll Account | None | | 0.00 |
| Other Operating Account | ANB Bank - | 7113 | 174,221.93 |
| Retainers held by professionals (i.e. COLTAF) | Per Form 2-E | | 190,286.25 |
| TOTAL (must agree with Ending Cash Balance above) | | $ | 4,021,364.20 (2) |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case and retainers.*
*Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

Rev. 1/15/14

**DEBTOR(S):** Escalera Resources Co.  **CASE NO:** 15-22395-TBM

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**

For Period: __April 1, 2018__ to __April 30, 2018__

**CASH RECEIPTS DETAIL**  **Account No:** [     ] 4201
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 4/12/2018 | Chinn Family LTD Partnership | Joint interest billing reimbursement | 11.21 |
| 4/12/2018 | Jackal Oil Company | Joint interest billing reimbursement | 2.71 |
| 4/12/2018 | Providence Energy Corp. | Joint interest billing reimbursement | 2.85 |
| 4/12/2018 | Silver Creek Oil & Gas, LLC | Joint interest billing reimbursement | 33.79 |
| 4/12/2018 | Warren Resources, Inc. | Joint interest billing reimbursement | 49,829.15 |
| 4/20/2018 | HHE - AS - 2005 | Joint interest billing reimbursement | 5.41 |
| 4/20/2018 | Keith L. Mohl & Marlene Mohl, | Joint interest billing reimbursement | 153.62 |
| 4/20/2018 | Mike Bonds | Joint interest billing reimbursement | 8.99 |
| 4/20/2018 | PetroHill Resources, LLC | Joint interest billing reimbursement | 8.81 |
| 4/20/2018 | The VM Partnership,LLLP | Joint interest billing reimbursement | 6.97 |
| 4/20/2018 | Thunder Oil and Gas | Joint interest billing reimbursement | 2.03 |
| 4/20/2018 | Wind River Resources | Joint interest billing reimbursement | 20.52 |
| 4/12/2018 | AETHON ENERGY OPERATING LLC | Revenue - non-operated properties | 1,849.91 |
| 4/12/2018 | BreitBurn Operating LP | Revenue - non-operated properties | 1,629.48 |
| 4/12/2018 | Carbon Creek Energy, LLC | Revenue - non-operated properties | 749.56 |
| 4/12/2018 | Exxon Mobile Corporation | Revenue - non-operated properties | 102.12 |
| 4/12/2018 | Hilcorp Energy Company | Revenue - non-operated properties | 6,820.06 |
| 4/12/2018 | Oasis Petroleum North America | Revenue - non-operated properties | 243.38 |
| 4/12/2018 | Sheridan Production Co., LLC | Revenue - non-operated properties | 143.48 |
| 4/12/2018 | URBAN OIL & GAS GROUP, LLC | Revenue - non-operated properties | 471.51 |
| 4/12/2018 | Warren Resources, Inc. | Revenue - non-operated properties | 331.15 |
| 4/20/2018 | Black Bear Oil Corp. | Revenue - non-operated properties | 3.24 |
| 4/20/2018 | Cimarex Energy Co. | Revenue - non-operated properties | 131.12 |
| 4/20/2018 | EOG Resources, Inc. | Revenue - non-operated properties | 58.32 |
| 4/20/2018 | WHITE ROCK OIL & GAS LLC | Revenue - non-operated properties | 538.87 |
| 4/25/2018 | ConocoPhillips Company | Revenue - non-operated properties | 26,339.79 |
| 4/30/2018 | Summit Energy LLC | Revenue - Operated properties | 528,156.52 |
| 4/10/2018 | Amazon.com | Misc Refund | 19.02 |
| 4/15/2018 | CSI Compressco | Voided check #47880 | 12,134.90 |
| 4/10/2018 | Rosemont | Refund of duplicate office rent pymt | 8,229.45 |
| | | **Total Cash Receipts** $ | **638,037.94** (1) |

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

Rev. 1/15/14

**DEBTOR(S):** Escalera Resources Co.                    **CASE NO:**    15-22395-TBM

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:    April 1, 2018    to    April 30, 2018

**CASH RECEIPTS DETAIL**                    **Account No:**    ☐    7113
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| 4/30/2018 | ANB Bank | April 2018 interest | 36.51 |

**Total Cash Receipts - Operations**    $    36.51 (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*                    Rev. 1/15/14

DEBTOR(S): Escalera Resources Co.                                    CASE NO: 15-22395-TBM

**Form 2-B**
**AND DISBURSEMENTS STATEMENT**

For Period:     April 1, 2018     to     April 30, 2018

**CASH DISBURSEMENTS DETAIL**          Account No:          4201
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 4/2/2018 | EFT | SP Plus Corporation | General and administrative expenses | 855.00 |
| 4/2/2018 | EFT | Datarooms.com | General and administrative expenses | 873.25 |
| 4/2/2018 | EFT | CED Inc. | Field operating expenses | 343.89 |
| 4/2/2018 | EFT | Office of Natural Resources | Payment of royalties/overrides | 125.29 |
| 4/3/2018 | EFT | Comcast | General and administrative expenses | 141.00 |
| 4/4/2018 | EFT | Amazon | General and administrative expenses | 288.15 |
| 4/5/2018 | EFT | UPS | General and administrative expenses | 27.57 |
| 4/5/2018 | 48015 | 361 Services Inc | General and administrative expenses | 17,862.00 |
| 4/5/2018 | 48016 | Alsco | Field operating expenses | 241.21 |
| 4/5/2018 | 48017 | Brent Hathaway | Board Compensation | 7,500.00 |
| 4/5/2018 | 48018 | Complete Energy Services, Inc. | Field operating expenses | 3,465.80 |
| 4/5/2018 | 48019 | Culligan, Inc. | General and administrative expenses | 33.37 |
| 4/5/2018 | 48020 | DNOW L.P. | Field operating expenses | 7,311.57 |
| 4/5/2018 | 48021 | Dubois Telephone Exchange | Field operating expenses | 240.01 |
| 4/5/2018 | 48022 | KLX Energy Services LLC | Field operating expenses | 1,113.00 |
| 4/5/2018 | 48023 | Knigge Trucking | Field operating expenses | 423.00 |
| 4/5/2018 | 48024 | Oil & Gas Conservation Comm. | Conservation Tax - November 2015 | 426.55 |
| 4/5/2018 | 48025 | Patrick R. Sheehan | Field operating expenses | 700.00 |
| 4/5/2018 | 48026 | RPA Advisors, LLC | Legal | 52,363.49 |
| 4/5/2018 | 48027 | Rawlins Automotive, Inc. | Field operating expenses | 40.80 |
| 4/5/2018 | 48028 | Rocky Mountain Power | Field operating expenses | 114,893.11 |
| 4/5/2018 | 48029 | Roy G. Cohee | Board Compensation | 7,500.00 |
| 4/5/2018 | 48030 | Taylor Simonton | Board Compensation | 7,500.00 |
| 4/5/2018 | 48031 | Tin Boy Garage, LLC | Field operating expenses | 1,368.46 |
| 4/5/2018 | 48032 | ZOCO Unlimited, Inc. | Field operating expenses | 600.00 |
| 4/6/2018 | EFT | CoAdvantage | Payroll 4.6.18 | 33,849.08 |
| 4/10/2018 | EFT | Amazon | General and administrative expenses | 31.90 |
| 4/10/2018 | EFT | CED Inc. | Field operating expenses | 170.45 |
| 4/10/2018 | 48033 | Rosemont WTC Denver | General and administrative expenses | 8,229.45 |
| 4/11/2018 | EFT | Master Electronics | Field operating expenses | 442.82 |
| 4/11/2018 | EFT | Comcast | General and administrative expenses | 141.00 |
| 4/11/2018 | EFT | Amazon | General and administrative expenses | 8.68 |
| 4/12/2018 | EFT | Amazon | General and administrative expenses | 7.99 |
| 4/12/2018 | 48034 | 361 Services Inc | General and administrative expenses | 1,440.00 |
| 4/12/2018 | 48035 | Alsco | Field operating expenses | 241.21 |
| 4/12/2018 | 48036 | Anadarko E&P Onshore LLC | Joint interest billing payment | 5,916.39 |
| 4/12/2018 | 48037 | Burlington Resources | Joint interest billing payment | 58,296.99 |
| 4/12/2018 | 48038 | Cantorco, Inc. | General and administrative expenses | 10,040.00 |
| 4/12/2018 | 48039 | Chaco Energy Co. | Joint interest billing payment | 1,623.78 |
| 4/12/2018 | 48040 | Department of Revenue | Business license fees and/or taxes | 25.00 |
| 4/12/2018 | 48041 | GMT Exploration Comp. LLC | Joint interest billing payment | 3,286.82 |
| 4/12/2018 | 48042 | Hilcorp Energy Company | Joint interest billing payment | 4,644.28 |
| 4/12/2018 | 48043 | J&M Trucking, Inc. | Field operating expenses | 1,210.00 |
| 4/12/2018 | 48044 | Kerr McGee Oil & Gas Onshore | Joint interest billing payment | 17.62 |
| 4/12/2018 | 48045 | Linn Energy LLC | Joint interest billing payment | 86.12 |
| 4/12/2018 | 48046 | Moncrief Royalty Account | Joint interest billing payment | 1,991.79 |
| 4/12/2018 | 48047 | Montana Department of Revenue | General and administrative expenses | 50.00 |
| 4/12/2018 | 48048 | Montex Drilling Company | Joint interest billing payment | 2,586.04 |
| 4/12/2018 | 48049 | Oasis Petroleum North America | Joint interest billing payment | 198.84 |
| 4/12/2018 | 48050 | Office of State Lands & Invest | Payment of royalties/overrides | 4,608.67 |
| 4/12/2018 | 48051 | Oil & Gas Conservation Comm. | Conservation Tax - November 2015 | 313.07 |
| 4/12/2018 | 48052 | Olga Chikaloff | Employee expense reimbursement | 910.00 |
| 4/12/2018 | 48053 | Roberto Lopez-Zaragoza | Employee expense reimbursement | 25.42 |
| 4/12/2018 | 48054 | Rose Cowhey | Employee expense reimbursement | 230.00 |
| 4/12/2018 | 48055 | Shelco | Field operating expenses | 1,618.86 |
| 4/12/2018 | 48056 | Sky Blue Enterprises, Inc. | Field operating expenses | 757.90 |
| 4/12/2018 | 48057 | Transzap, Inc. | Field operating expenses | 181.30 |
| 4/12/2018 | 48058 | URBAN OIL & GAS GROUP, LLC | Joint interest billing payment | 1,868.67 |
| 4/12/2018 | 48059 | Utah State Tax Commission | Business license fees and/or taxes | 100.00 |

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 4/12/2018 | 48060 | Verizon Wireless | Field operating expenses | 75.62 |
| 4/12/2018 | 48061 | Whiting Oil & Gas Corp. | Joint interest billing payment | 34.15 |
| 4/12/2018 | 48062 | Zedi | Field operating expenses | 6,470.32 |
| 4/13/2018 | 48063 | Winchester Well Service, Inc. | Field operating expenses | 23,492.43 |
| 4/12/2018 | 48064 | 361 Services Inc | General and administrative expenses | 12,247.25 |
| 4/19/2018 | 48065 | C&G Roustabout Services, LLC | Field operating expenses | 6,669.90 |
| 4/19/2018 | 48066 | Cassidy  Mikesell, D.B.A | Field operating expenses | 2,971.00 |
| 4/19/2018 | 48067 | D & S OILFIELD SERVICE, LLC | Field operating expenses | 805.50 |
| 4/19/2018 | 48068 | DNOW L.P. | Field operating expenses | 1,885.35 |
| 4/19/2018 | 48069 | Hilcorp Energy Company | Joint interest billing payment | 3,894.69 |
| 4/19/2018 | 48070 | Homax Oil Sales Inc. | Field operating expenses | 2,231.98 |
| 4/19/2018 | 48071 | ICO Inspection Services | Field operating expenses | 13,194.77 |
| 4/19/2018 | 48072 | KLX Energy Services LLC | Field operating expenses | 6,683.30 |
| 4/19/2018 | 48073 | Konica Minolta | General and administrative expenses | 616.31 |
| 4/19/2018 | 48074 | Linn Energy LLC | Joint interest billing payment | 36.87 |
| 4/19/2018 | 48075 | Medallion Ventures Phase I | Field operating expenses | 5,974.82 |
| 4/19/2018 | 48076 | NOV Process & Flow | Field operating expenses | 17,572.73 |
| 4/19/2018 | 48077 | Support.com, Inc. | General and administrative expenses | 61.99 |
| 4/19/2018 | 48078 | United Supply of the Rockies | Field operating expenses | 74.72 |
| 4/19/2018 | 48079 | Warren Resources, Inc. | Joint interest billing payment | 151,429.11 |
| 4/19/2018 | 48080 | ZOCO Unlimited, Inc. | Field operating expenses | 2,788.60 |
| 4/20/2018 | EFT | Microsoft | General and administrative expenses | 134.32 |
| 4/20/2018 | EFT | CoAdvantage | Payroll 4.20.18 | 32,950.03 |
| 4/24/2018 | EFT | Office of Natural Resources | Payment of royalties/overrides | 2,146.50 |
| 4/24/2018 | EFT | Start Meeting | General and administrative expenses | 26.90 |
| 4/24/2018 | EFT | Wyoming Depart of Revenue | Severance Tax | 37,532.50 |
| 4/25/2018 | EFT | Amazon | General and administrative expenses | 208.69 |
| 4/26/2018 | EFT | CED Inc. | Field operating expenses | 204.96 |
| 4/26/2018 | 48081 | 361 Services Inc | General and administrative expenses | 23,487.00 |
| 4/26/2018 | 48082 | All American Records | General and administrative expenses | 183.73 |
| 4/26/2018 | 48083 | Alsco | Field operating expenses | 482.42 |
| 4/26/2018 | 48084 | Baggs Testing & Rental Inc. | Field operating expenses | 4,335.00 |
| 4/26/2018 | 48085 | Brown Construction Inc. | Field operating expenses | 50.00 |
| 4/26/2018 | 48086 | CSI Compressco Sub Inc. | Field operating expenses | 5,634.06 |
| 4/26/2018 | 48087 | Complete Energy Services, Inc. | Field operating expenses | 463.50 |
| 4/26/2018 | 48088 | DNOW L.P. | Field operating expenses | 560.46 |
| 4/26/2018 | 48089 | Davis Construction | Field operating expenses | 521.00 |
| 4/26/2018 | 48090 | Davis Family Inc. | Field operating expenses | 518.83 |
| 4/26/2018 | 48091 | Insurance Risk Partners, LLC | General and administrative expenses | 5,810.00 |
| 4/26/2018 | 48092 | Jacam Chemicals 2013, LLC | Field operating expenses | 31,023.87 |
| 4/26/2018 | 48093 | KLX Energy Services LLC | Field operating expenses | 2,562.55 |
| 4/26/2018 | 48094 | NOV Process & Flow | Field operating expenses | 1,614.75 |
| 4/26/2018 | 48095 | Neofirma, Inc. | General and administrative expenses | 6,607.00 |
| 4/26/2018 | 48096 | Onsager | Fletcher | | Legal | 11,152.49 |
| 4/26/2018 | 48097 | Petroleum Association of WY | General and administrative expenses | 1,000.00 |
| 4/26/2018 | 48098 | Power Service, Inc. | Field operating expenses | 2,217.27 |
| 4/26/2018 | 48099 | Rebecca Deck HR Consulting | General and administrative expenses | 660.00 |
| 4/26/2018 | 48100 | Rosemont WTC Denver | General and administrative expenses | 8,229.44 |
| 4/26/2018 | 48101 | SP Plus Corporation | General and administrative expenses | 855.00 |
| 4/26/2018 | 48102 | Sky Blue Enterprises, Inc. | Field operating expenses | 757.90 |
| 4/26/2018 | 48103 | Support.com, Inc. | General and administrative expenses | 2,111.00 |
| 4/26/2018 | 48104 | Tin Boy Garage, LLC | Field operating expenses | 254.04 |
| 4/26/2018 | 48105 | True Value of Rawlins | Field operating expenses | 44.48 |
| 4/26/2018 | 48106 | Warren Energy Services | Joint interest billing payment | 67,961.53 |
| 4/26/2018 | 48107 | Winchester Well Service, Inc. | Field operating expenses | 13,525.78 |
| 4/26/2018 | 48108 | Zedi | Field operating expenses | 4,548.62 |
| 4/30/2018 | EFT | Office of Natural Resources | Payment of royalties/overrides | 65,212.08 |
| | | | **Total Cash Disbursements - Operating** | $   966,185.77 (1) |

|  |  |
|---|---|
| **Total Cash Disbursements** | $   966,185.77 |

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Rev. 1/15/14

DEBTOR(S):   **Escalera Resources Co.**      **CASE NO:**      **15-22395-TBM**

**Form 2-C**
## COMPARATIVE BALANCE SHEET
**For Period Ended:**    **April 30, 2018**

| | | Current Month | | Petition Date (1) |
|---|---|---|---|---|
| ***ASSETS*** | | | | |
| Current Assets: | | | | |
| Cash (from Form 2-B, line 5) | $ | 4,021,364 | $ | 10,037,754 |
| Accounts Receivable (from Form 2-E) | | 899,772 | | 1,843,543 |
| Receivable from Officers, Employees, Affiliates | | 38,688 | | 408,716 |
| Inventory | | 2,278,134 | | 1,995,798 |
| Other Current Assets :(List)   Cash held in escrow | | 284,125 | | 303,393 |
|    Prepaid expenses and deposits | | (491,157) | | 709,197 |
|    Hedge-related current assets | | - | | 203,570 |
|    **Total Current Assets** | $ | 7,030,926 | $ | 15,501,971 |
| | | | | |
| Fixed Assets (at cost): | | | | |
| Land | $ | 1,169,026 | $ | 1,169,011 |
| Building | | - | | - |
| Equipment, Furniture and Fixtures | | 167,328,735 | | 166,099,098 |
|    Total Fixed Assets | | 168,497,761 | | 167,268,109 |
| Less:  Accumulated Depreciation | ( | 127,079,172 ) | ( | 107,050,551 ) |
|    Net Fixed Assets | $ | 41,418,589 | $ | 60,217,558 |
| | | | | |
| Other Assets (List):   Investment in Eastern Washakie | | 5,272,518 | | 5,272,518 |
|    Other assets | | 204,484 | | 104,484 |
|    **TOTAL ASSETS** | $ | 53,926,517 | $ | 81,096,531 |
| | | | | |
| ***LIABILITIES*** | | | | |
| Post-petition Accounts Payable (from Form 2-E) | $ | 913,916 | $ | 2,548 |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | 273,459 | | - |
| Post-petition Taxes Payable (from Form 2-E) | | 1,302,742 | | - |
| Post-petition Notes Payable | | - | | - |
| Other Post-petition Payable(List):   Accrued revenue payable | | 293,184 | | - |
|    Other accrued liabilities and expenses | | 1,480,015 | | - |
|    Payable to affiliate | | 1,160,792 | | - |
|    **Total Post Petition Liabilities** | $ | 5,424,108 | $ | 2,548 |
| | | | | |
| Pre Petition Liabilities: | | | | |
| Secured Debt | | 41,099,202 | | 42,874,598 |
| Priority Debt | | 111,279 | | 178,428 |
| Unsecured Debt | | 10,627,454 | | 11,429,928 |
|    Total Pre Petition Liabilities | $ | 51,837,935 | $ | 54,482,954 |
|    **TOTAL LIABILITIES** | $ | 57,262,043 | $ | 54,485,502 |
| | | | | |
| ***OWNERS' EQUITY*** | | | | |
| Owner's/Stockholder's Equity | $ | 82,996,569 | $ | 82,996,569 |
| Retained Earnings - Prepetition | | (56,390,659) | | (56,385,540) |
| Retained Earnings - Post-petition | | (29,941,436) | | - |
|    **TOTAL OWNERS' EQUITY** | $ | (3,335,526) | $ | 26,611,029 |
| | | | | |
|    **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | 53,926,517 | $ | 81,096,531 |

***(1)  Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values***
    ***listed on the Debtor's schedules.***        -       Rev. 1/15/14

**DEBTOR(S):**    Escalera Resources Co.    **CASE NO:**  15-22395-TBM

## Form 2-D
## PROFIT AND LOSS STATEMENT
**For Period**    April 1, 2018    **to**    April 30, 2018

|  |  | Current<br>Month |  | Accumulated<br>Total (1) |
|---|---|---|---|---|
| Gross Operating Revenue | $ | 572,786 | $ | 21,343,554 |
| Less:  Discounts, Returns and Allowances | ( | 0 ) | ( | 0 ) |
| **Net Operating Revenue** | $ | 572,786 | $ | 21,343,554 |
| Cost of Goods Sold |  | 638,750 |  | 22,606,294 |
| **Gross Profit** | $ | (65,964) | $ | (1,262,740) |
| Operating Expenses |  |  |  |  |
| Officer Compensation | $ | 0 | $ | 910,004 |
| Selling, General and Administrative |  | 62,968 |  | 2,624,029 |
| Rents and Leases |  | 8,229 |  | 270,689 |
| Depreciation, Depletion and Amortization |  | 670,696 |  | 20,028,624 |
| Other (list): |  | 0 |  | 0 |
|  |  | 0 |  | 0 |
| Total Operating Expenses | $ | 741,893 | $ | 23,833,346 |
| **Operating Income (Loss)** | $ | (807,857) | $ | (25,096,086) |
| Non-Operating Income and Expenses |  |  |  |  |
| Other Non-Operating Expenses | $ | 0 | $ | 0 |
| Gains (Losses) on Sale of Assets |  | 0 |  | (217,122) |
| Interest Income |  | 140 |  | 5,383 |
| Interest Expense |  | (48,271) |  | (1,801,320) |
| Other Non-Operating Income |  | 0 |  | 0 |
|  | $ | (48,131) | $ | (2,013,059) |
| Reorganization Expenses |  |  |  |  |
| Legal and Professional Fees | $ | 18,658 | $ | 2,718,207 |
| Other Reorganization Expense |  | 21,982 |  | 114,084 |
| Total Reorganization Expenses | $ | 40,640 | $ | 2,832,291 |
| **Net Income (Loss) Before Income Taxes** | $ | (896,628) | $ | (29,941,436) |
| Federal and State Income Tax Expense (Benefit) |  | 0 |  | 0 |
| **NET INCOME (LOSS)** | $ | (896,628) | $ | (29,941,436) |

*(1)  Accumulated Totals include all revenue and expenses since the petition date.*

DEBTOR(S):     Escalera Resources Co.       CASE NO: 15-22395-TBM

**Form 2-E (Page 1 of 2)**
**SUPPORTING SCHEDULES**
For Period: April 1, 2018  to  April 30, 2018

| Summary of Post-Petition Taxes | | | | |
|---|---|---|---|---|
| | 1 | 2 | 3 | 4 |
| Type of tax | Unpaid post-petition taxes from prior reporting month(1) | Post-petition taxes accrued this month (new obligations) | Post-petition tax payments made this reporting month | Unpaid post-petition taxes at end of reporting month (columns 1+2-3) |
| **Federal** | | | | |
| Employee income tax withheld | $ - | 6,698 | (6,698) | $ - |
| Employee FICA taxes withheld | $ - | 3,798 | (3,798) | $ - |
| Employer FICA taxes | $ - | 3,943 | (3,943) | $ - |
| Unemployment taxes | $ - | | | $ - |
| Other:_____ | $ - | | | $ - |
| **State** | | | | |
| Sales, use & excise taxes | $ - | | | $ - |
| Unemployment taxes | $ - | | | $ - |
| Other:_state income tax withheld | $ - | 938 | (938) | $ - |
| **Local** | | | | |
| Personal property taxes | $ 1,150,037 | 40,099 | | $ 1,190,136 |
| Real property taxes | $ - | | | $ - |
| Other:_Severance, Conservation and Occupational Taxes | $ 114,829 | 36,059 | (38,282) | $ 112,606 |
| Total unpaid post-petition taxes | | | | $ 1,302,742 |

*(1) For first report, the beginning balance in column 1 will be $0; thereafter, beginning balance will be ending balance from prior report.*

| Insurance Coverage Summary | | | | |
|---|---|---|---|---|
| Type of insurance | Insurance carrier | Coverage amount | Policy expiration date | Premium paid through date |
| Workers' compensation - CO | American Zurich | 1,000,000 | 4/1/2018 | Paid with each payroll |
| Workers' compensation - WY | State of WY | WY statutory limits | 7/6/2018 | Paid with each payroll |
| General liability | St Paul Fire and Marine | 2,000,000 | 10/1/2018 | 9/30/2018 |
| Property (fire, theft, etc.) | | | | |
| Vehicle | St Paul Fire and Marine | 1,000,000 | 10/1/2018 | 9/30/2018 |
| Other (list): Umbrella | St Paul Fire and Marine | 10,000,000 | 10/1/2018 | 9/30/2018 |
| Other (list): D&O | National Union Fire | 15,000,000 | 7/1/2016 | EXPIRED |
| *If any policies were renewed or replaced during reporting period, attach new certificate of insurance.* | | | | |

Page 1 of 2

**DEBTOR(S):** Escalera Resources Co.     **CASE NO:** 15-22395-TBM

**Form 2-E (Page 2 of 2)**
**SUPPORTING SCHEDULES**
For Period: April 1, 2018     to     April 30, 2018

| Accounts Receivable Aging Summary (attach detailed aging report) | | | | | |
|---|---|---|---|---|---|
| | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
| Pre-petition receivables | | | | 45,341 | 45,341 |
| Post-petition receivables | 771,268 | 1,346 | | 81,817 | 854,431 |
| Total | 771,268 | 1,346 | | 127,158 | 899,772 |

| Post-Petition Accounts Payable Aging Summary (attach detailed aging report) | | | | | |
|---|---|---|---|---|---|
| | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
| Trade Payables | 500,752 | 38,583 | 13,489 | 361,092 | 913,916 |
| Other Payables | | | | | |
| Total | 500,752 | 38,583 | 13,489 | 361,092 | 913,916 |

| SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Court Approval Date | Month-end Balance Due * |
| Debtor's Counsel | | $14,846 | ($11,152) | | $126,268 |
| Counsel for Unsecured | | | | | |
| Creditors' Committee | | $1,750 | | | $74,926 |
| Trustee's Counsel | | | | | $451 |
| Accountant | | | | | $10,500 |
| Creditor Counsel | $190,286 | | | | $42,467 |
| Creditor Advisors | | | ($52,363) | | $12,294 |
| Other: | | ($6,549) | | | $6,549 |
| Total | $190,286 | $10,047 | ($63,516) | | $273,459 |

*Balance due to include fees and expenses incurred but not yet paid.

| SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES** | | | |
|---|---|---|---|
| Payee Name | Position | Nature of Payment | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer, or director.

**DEBTOR(S):** Escalera Resources Co.                    **CASE NO:** 15-22395-TBM

**Form 2-F**
**QUARTERLY FEE SUMMARY ***
**For the Month Ended:**  April 30, 2018

| Month | Year | | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|---|
| January | 2018 | $ | $732,747 | $9,750 | 47794 | 1/19/2018 |
| February | 2018 | | $1,346,164 | $650 | 47874 | 2/15/2018 |
| March | 2018 | | $616,966 | | | |
| TOTAL 1st Quarter | | $ | $2,695,877 $ | | | |
| April | 2018 | $ | $966,186 | | | |
| May | 2018 | | | $21,982 | 48127 | 5/9/2018 |
| June | 2018 | | | | | |
| TOTAL 2nd Quarter | | $ | $966,186 $ | | | |
| July | 2018 | $ | | | | |
| August | 2018 | | | | | |
| September | 2018 | | | | | |
| TOTAL 3rd Quarter | | $ | $0 $ | | | |
| October | 2018 | $ | | | | |
| November | 2018 | | | | | |
| December | 2018 | | | | | |
| TOTAL 4th Quarter | | $ | $0 $ | | | |

**FEE SCHEDULE (as of JANUARY 1, 2018)**
*Subject to changes that may occur to 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee | | Quarterly Disbursements | Fee |
|---|---|---|---|---|
| $0 to $14,999.................... | $325 | | $1,000,000 or more ................... | lesser of 1% of |
| $15,000 to $74,999........... | $650 | | | quarterly |
| $75,000 to $149,999......... | $975 | | | disbursements or |
| $150,000 to $224,999......... | $1,625 | | | $250,000 |
| $225,000 to $299,999....... | $1,950 | | | |
| $300,000 to $999,999....... | $4,875 | | | |

\*   This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\*   Should agree with line 3, Form 2-B.  Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*
*In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

Rev. 1/15/14

**DEBTOR(S):** Escalera Resources Co.            **CASE NO:** 15-22395-TBM

Form 2-G
## NARRATIVE
For Period Ending:      April 30, 2018

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

During the period from April 1st through April 30, there were no material unusual or non-recurring accounting transactions recorded in the accompanying financial statements.

In February 2018, Debtor filed a motion to approve the sale of the Marianne Field Assets, which was approved by the court on April 2, 2018.  Debtor closed on the sale of this asset, receiving net proceeds of approximately $40,000.

On April 13, 2018, Debtor and Eastern Washakie Midstream LLC, as Sellers, and Aspen Oil & Gas Partners LLC executed a Purchase and Sale Agreement for the sale of Debtor's coal bed methane properties plus other miscellaneous properties for the amount of $2,666,000.  On April 18, 2018, Debtor filed a motion to approve the sale.  The objection deadline was May 15.

On March 2, 2018, Debtor's special counsel, Lindquist and Vennum, LLP now known as Ballard Spahr LLP, filed a supplemental application to employ special counsel for the Debtor, seeking approval of the continued employment as counsel for the Debtor following the combination of the two firms.  They also filed their second fee application.  The supplemental application to employ and the second fee application were both approved in April 2018.

On January 3, 2018 the United States Trustee ("UST") filed a motion to dismiss or convert the Debtor's Chapter 11 case based on the substantial or continuing loss to or diminution of the estate and the absence of any current plan of reorganization. A hearing on the motion was set for February 23, 2018, with the Debtor's response due on February 13. The Debtor, Warren Resources and Societe General all filed objections to the motion to dismiss. The parties requested a continuance of the hearing, which the Court granted on February 22, 2018. The reset hearing date was March 9, 2018. On March 7, 2018, an unopposed motion to continue the hearing was filed and the Court continued the hearing on the UST motion to dismiss until April 16, 2018.

The April hearing was held in conjunction with the motion to sell the Atlantic Rim Assets.  Debtor and the US Trustee reached an agreement for proceeding with the UST's motion to dismiss. Debtor requested the case not be converted or dismissed until after a hearing on the sale motion, and only if the sale motion was denied or if the sale did not close.  The Court ordered that the UST's motion be held in abeyance, that the Debtor file the Sale Motion and file a notice if the sale fell through or the deposit required had not been made.  Aspen made the required deposit. The UST's motion was reset for hearing on June 7, 2018.

Events after close of MOR: Aspen failed to timely close on its purchase, and a hearing was held on June 7. Warren determined not to purchase the assets. The Court has set June 21 as the date on which it will rule on the motion to dismiss or convert.

Escalera Resources
Accounts Receivable Aging Summary
April 30, 2018

| Account | Account Name | Apr 2018 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end | Mar 2018 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1200.100 | JIB Receivables-Pre-petition | | | | 41,326 | 41,326 | | | | 41,326 | 41,326 |
| 1200.100 | JIB Receivables-Post-petition | 157,571 | 1,346 | - | 13,023 | 171,939 | 158,213 | 3 | 516 | 12,506 | 171,238 |
| 1200.300 | Accrued Production Receivable-Pre-petition | | | | | - | | | | | |
| 1200.300 | Accrued Production Receivable-Post-petition | 613,697 | | | | 613,697 | 611,400 | | | | 611,400 |
| 1200.310 | Other Accrued Prod. Receivable-Pre-petition | | | | | - | | | | | |
| 1200.310 | Other Accrued Prod. Receivable-Post-petition | 0 | | | | 0 | 0 | | | | 0 |
| 1200.400 | Accounts Receivable Other-Pre-petition | | | | | - | | | | | |
| 1200.400 | Accounts Receivable Other-Post-petition | | | | 48,718 | 48,718 | | | | 48,718 | 48,718 |
| 1200.600 | Gas Imbalance Receivable-Pre-petition | | | | 4,015 | 4,015 | | | | 4,015 | 4,015 |
| 1200.600 | Gas Imbalance Receivable-Post-petition | | | | 20,077 | 20,077 | | | | 20,077 | 20,077 |
| 1200.999 | JIB Clearing - Post-petition | | | | | - | | | | | - |
| | Balance at April 30, 2018 | 771,268 | 1,346 | - | 127,159 | 899,772 | 769,613 | 3 | 516 | 126,642 | 896,774 |
| | Pre-petition Total | - | - | - | 45,341 | 45,341 | - | - | - | 45,341 | 45,341 |
| | Post-petition Total | 771,268 | 1,346 | - | 81,817 | 854,431 | 769,613 | 3 | 516 | 81,301 | 851,433 |
| | | 771,268 | 1,346 | - | 127,159 | 899,772 | 769,613 | 3 | 516 | 126,642 | 896,774 |

Escalera Resources Co.
Accounts Payable - Post-Petition
As of April 30, 2018

| | | | | Days past due | | | |
|---|---|---|---|---|---|---|---|
| Vendor # | Vendor name | Balance | Current | 1-30 | 31-60 | 61-90 | Over 90 |
| 3187 | 361 Services Inc | 9,420.00 | 9,420.00 | - | - | - | - |
| 3268 | All American Records | - | - | - | - | - | - |
| 3083 | Alsco | 241.21 | 241.21 | - | - | - | - |
| 3478 | Amazon | (19.00) | - | - | - | - | (19.00) |
| 3320 | Alyssa Beard | - | - | - | - | - | - |
| 1237 | Anadarko E&P Onshore LLC | - | - | - | - | - | - |
| 1254 | Baggs Testing & Rental Inc. | - | - | - | - | - | - |
| 2495 | Bayswater Exploration & Prod | - | - | - | - | - | - |
| 2812 | Best Western CottonTree | - | - | - | - | - | - |
| 3432 | Bluegrass Southern Cross, LLC | - | - | - | - | - | - |
| 1654 | Bob Hunter | - | - | - | - | - | - |
| 2974 | BreitBurn Operating LP | 4,103.05 | 4,228.05 | 2,877.00 | 4,799.00 | 4,193.00 | (11,994.00) |
| 2363 | Brent Hathaway | - | - | - | - | - | - |
| 3365 | Brown Construction Inc. | - | - | - | - | - | - |
| 1341 | Build-Rite Do it Center | - | - | - | - | - | - |
| 3175 | Bulldog Energy Services | - | - | - | - | - | - |
| 1347 | Burlington Resources | 18,747.49 | 18,747.49 | - | - | - | - |
| 1378 | C&B Sand & Gravel | - | - | - | - | - | - |
| 3087 | C&G Roustabout Services, LLC | 7,572.60 | 7,572.60 | - | - | - | - |
| 2935 | Calibration Tech. & Supply Inc | - | - | - | - | - | - |
| 3375 | Cantorco, Inc. | - | - | - | - | - | - |
| 1359 | Capital Business Systems | 219.00 | - | - | - | - | 219.00 |
| 1361 | Carbon Cty Weed & Pest | - | - | - | - | - | - |
| 3423 | Casper College | - | - | - | - | - | - |
| 1818 | Cassidy Mikesell, D.B.A | 560.00 | 560.00 | - | - | - | - |
| 1041 | Chaco Energy Co. | 1,449.14 | 6.14 | 1,443.00 | - | - | - |
| 1395 | Chevron USA, Inc. | - | - | - | - | - | - |
| 3537 | Olga Chikaloff | 3,822.00 | 3,822.00 | - | - | - | - |
| 3532 | Olympus Seal and Supply, LLC | - | - | - | - | - | - |
| 3235 | Comcast | - | - | - | - | - | - |
| 1658 | Complete Energy Services, Inc. | 2,915.00 | 2,915.00 | - | - | - | - |
| 1410 | Compuforms Data Products | - | - | - | - | - | - |
| 1411 | Computershare Trust Co, Inc. | - | - | - | - | - | - |
| 3285 | Continental Industries | - | - | - | - | - | - |
| 2689 | Continental Resources, Inc. | 7,672.00 | - | - | 7,672.00 | - | - |
| 3082 | Cook Chevrolet, Inc. | - | - | - | - | - | - |
| 2505 | Cromer Contracting Co. Inc. | - | - | - | - | - | - |
| 2939 | CSI Compressco Inc. | - | - | - | - | - | - |
| 2670 | Culligan, Inc. | - | - | - | - | - | - |
| 3504 | D & S OILFIELD SERVICE, LLC | 626.10 | 626.10 | - | - | - | - |
| 1443 | Davis Construction | - | - | - | - | - | - |
| 1444 | Davis Family Inc. | 518.83 | 518.83 | - | - | - | - |
| 2996 | Department of Revenue | - | - | - | - | - | - |
| 2748 | DJ'S Glass | - | - | - | - | - | - |
| 2488 | DNOW L.P. | 1,338.02 | 1,338.02 | - | - | - | - |
| 3433 | DNOW03 | - | - | - | - | - | - |
| 3080 | DOI/BLM | - | - | - | - | - | - |
| 2754 | Drummond Refrigeration LLC | - | - | - | - | - | - |
| 2607 | Dubois Telephone Exchange | - | - | - | - | - | - |
| 2721 | E-470 Public Highway Authority | - | - | - | - | - | - |
| 3464 | EON Office | 326.73 | 326.73 | - | - | - | - |
| 1516 | EnerCom, Inc. | - | - | - | - | - | - |
| 2777 | Emtech Inc. | - | - | - | - | - | - |
| 1557 | Francotyp-Postalia, Inc. | 109.80 | 109.80 | - | - | - | - |
| 1586 | GMT Exploration Comp. LLC | 970.04 | 970.04 | - | - | - | - |
| 3471 | GTT Communications, Inc | 1,526.21 | 1,526.21 | - | - | - | - |
| 3436 | H2E Incorporated | - | - | - | - | - | - |
| 2672 | Haystacks, Inc. | - | - | - | - | - | - |
| 3418 | High Country Search Group | - | - | - | - | - | - |
| 1623 | High Desert Services | - | - | - | - | - | - |
| 3498 | Hilcorp Energy Company | 4,409.42 | 4,409.42 | - | - | - | - |
| 1639 | Homax Oil Sales Inc. | 1,585.85 | 1,585.85 | - | - | - | - |
| 3332 | IBS of Northwestern Colorado | - | - | - | - | - | - |
| 3329 | ICO Inspection Services | - | - | - | - | - | - |
| 1664 | IHS Global Inc. | - | - | - | - | - | - |
| 1669 | Innovative Office Solutions | - | - | - | - | - | - |
| 3511 | Insurance Risk Partners, LLC | - | - | - | - | - | - |
| 2692 | Iron J Towing Inc | - | - | - | - | - | - |
| 1693 | J&M Trucking, Inc. | - | - | - | - | - | - |
| 3112 | Jacam Chemicals 2013, LLC | 26,542.02 | 26,542.02 | - | - | - | - |
| 3366 | James T. Albi | - | - | - | - | - | - |
| 1703 | Kawcak, Inc. | - | - | - | - | - | - |
| 3461 | Kel-Tech, Inc. | - | - | - | - | - | - |

| | | | | Days past due | | | |
|---|---|---|---|---|---|---|---|
| Vendor # | Vendor name | Balance | Current | 1-30 | 31-60 | 61-90 | Over 90 |
| 1707 | Kerr McGee Oil & Gas Onshore | - | - | - | - | - | - |
| 1709 | Kilburn Tire Co., Inc. | - | - | - | - | - | - |
| 3404 | KLX Energy Services LLC | 4,224.10 | 4,224.10 | - | - | - | - |
| 3495 | Knigge Trucking | - | - | - | - | - | - |
| 1720 | Konica Minolta | 616.31 | 616.31 | - | - | - | - |
| 3172 | Konica Minolta Business | - | - | - | - | - | - |
| 3315 | LaRoche Petroleum | - | - | - | - | - | - |
| 3287 | LC Resources LLC | - | - | - | - | - | - |
| 3327 | Linn Energy LLC | - | - | - | - | - | - |
| 3447 | M&M Well Service LLC | - | - | - | - | - | - |
| 2671 | Manager of Finance | - | - | - | - | - | - |
| 1770 | Marlin Oil Co., LLC | - | - | - | - | - | - |
| 3334 | Medallion Ventures Phase I | - | - | - | - | - | - |
| 2601 | Mediant Communications LLC | - | - | - | - | - | - |
| 1790 | Mel's Water Service, Inc. | - | - | - | - | - | - |
| 3159 | Memorial Production Operating | 187.00 | - | - | - | 187.00 | - |
| 3303 | Merrill Communications LLC | - | - | - | - | - | - |
| 1058 | Moncrief Royalty Account | 694.22 | 694.22 | - | - | - | - |
| 1825 | Montex Drilling Company | 838.94 | 838.94 | - | - | - | - |
| 3339 | Mountain States Employers | - | - | - | - | - | - |
| 3371 | Nalco Company | - | - | - | - | - | - |
| 3076 | Nathan Habel | - | - | - | - | - | - |
| 2718 | Neofirma, Inc. | - | - | - | - | - | - |
| 1856 | Netherland Sewell & Assoc.,Inc | - | - | - | - | - | - |
| 2948 | New Tech Global Ventures, LLC | - | - | - | - | - | - |
| 1568 | Norco | 229.53 | 229.53 | - | - | - | - |
| 1970 | NOV Process & Flow | 14,577.55 | 14,577.55 | - | - | - | - |
| 2184 | NOV Tuboscope | - | - | - | - | - | - |
| 3452 | Northern Lights Energy | - | - | - | - | - | - |
| 3008 | Oasis Petroleum North America | - | - | - | - | - | - |
| 2113 | Office of State Lands & Inv. | - | - | - | - | - | - |
| 2281 | Oil & Gas Conservation Comm. | 313.00 | - | 313.00 | - | - | - |
| 3280 | Omimex Petroleum Inc | - | - | - | - | - | - |
| 2246 | P2 Energy Solutions | 16,408.94 | 16,408.94 | - | - | - | - |
| 2069 | Patrick R. Sheehan | - | - | - | - | - | - |
| 3364 | PayFlex Systems USA, Inc. | - | - | - | - | - | - |
| 3203 | PDS Energy Information Inc. | - | - | - | - | - | - |
| 1916 | Petroleum Association of WY | - | - | - | - | - | - |
| 1951 | PMI, Inc. | - | - | - | - | - | - |
| 1945 | Powder River Energy Group | - | - | - | - | - | - |
| 1947 | Power Service, Inc. | - | - | - | - | - | - |
| 2280 | PRE Resources Rockies, L.P. | 34.31 | 527.31 | - | 586.00 | 759.00 | (1,838.00) |
| 1971 | QEP Energy Company | (29,935.00) | - | - | - | - | (29,935.00) |
| 3150 | RapidScale, Inc. | 250.00 | 250.00 | - | - | - | - |
| 2630 | Rawlins Automotive, Inc. | 271.69 | 271.69 | - | - | - | - |
| 3520 | Rebecca Deck HR Consulting | - | - | - | - | - | - |
| 2492 | REDDOG Systems Inc. | - | - | - | - | - | - |
| 3147 | Robert Belford | - | - | - | - | - | - |
| 2752 | Roberto Lopez-Zaragoza | 193.13 | 193.13 | - | - | - | - |
| 2000 | Robidoux Oilfield Services | - | - | - | - | - | - |
| 2007 | Rocky Mountain Oil Journal | - | - | - | - | - | - |
| 1991 | Rocky Mountain Oilfield Whse | - | - | - | - | - | - |
| 2008 | Rocky Mountain Power | 113,742.50 | 113,742.50 | - | - | - | - |
| 3234 | Ron's Contract Pumping Serv. | - | - | - | - | - | - |
| 2400 | Rose Cowhey | - | - | - | - | - | - |
| 3123 | Rosemont WTC Denver | - | - | - | - | - | - |
| 1042 | Roy G. Cohee | - | - | - | - | - | - |
| 2538 | Sam Ellis | - | - | - | - | - | - |
| 3358 | Samantha Quenzer | - | - | - | - | - | - |
| 1065 | Samson Resources Company | (78.00) | - | - | - | - | (78.00) |
| 3310 | Seidel Technologies, LLC | - | - | - | - | - | - |
| 3420 | Shelco | - | - | - | - | - | - |
| 2068 | Shepard's | - | - | - | - | - | - |
| 3258 | ShoreTel Inc. | 515.00 | - | - | - | - | 515.00 |
| 2075 | Sky Blue Enterprises, Inc. | 2,222.04 | 1,111.04 | 1,111.00 | - | - | - |
| 2842 | Skyline Motors Inc. | - | - | - | - | - | - |
| 1122 | SM Energy | 1.00 | - | - | - | - | 1.00 |
| 3174 | Source Equipment | 3,150.00 | 3,150.00 | - | - | - | - |
| 2105 | SP Plus Corporation | - | - | - | - | - | - |
| 2093 | Specialty Tools, Inc. | - | - | - | - | - | - |
| 2795 | State of Utah | - | - | - | - | - | - |
| 3029 | Statoil Oil & Gas LP | 1,740.00 | - | - | - | - | 1,740.00 |
| 2124 | Summit County | - | - | - | - | - | - |
| 1186 | Summit Energy LLC | - | - | - | - | - | - |
| 2449 | Summit Gas Resources, Inc. | 1.00 | - | - | - | - | 1.00 |
| 3328 | Summit Scientific | - | - | - | - | - | - |
| 2774 | Support.com, Inc. | - | - | - | - | - | - |

|  | | | | Days past due | | |
| Vendor # | Vendor name | Balance | Current | 1-30 | 31-60 | 61-90 | Over 90 |
|---|---|---|---|---|---|---|---|
| 2135 | Sweetwater County Treasurer | 165.00 | - | - | - | - | 165.00 |
| 2139 | Synergy Telecommunications | - | - | - | - | - | - |
| 3161 | Taylor Simonton | - | - | - | - | - | - |
| 3426 | Tin Boy Garage, LLC | 132.05 | 132.05 | - | - | - | - |
| 2160 | TLC Oil Tools, Inc. | - | - | - | - | - | - |
| 3513 | Transzap, Inc. | 67.62 | 67.62 | - | - | - | - |
| 3081 | True Value of Rawlins | - | - | - | - | - | - |
| 3412 | U. S. Trustee | 21,982.00 | - | - | 21,982.00 | - | - |
| 2193 | Union Telephone Company | 1,788.57 | 1,788.57 | - | - | - | - |
| 1863 | United Site Services of NV,Inc | - | - | - | - | - | - |
| 2195 | United Supply of the Rockies | 1,950.42 | 1,950.42 | - | - | - | - |
| 2516 | UPS | - | - | - | - | - | - |
| 3479 | URBAN OIL & GAS GROUP, LLC | 481.77 | 481.77 | - | - | - | - |
| 3350 | US Mule | - | - | - | - | - | - |
| 2212 | Valley Backhoe & Construction | - | - | - | - | - | - |
| 2784 | Verian Techologies LLC | 2,548.00 | - | - | - | - | 2,548.00 |
| 2223 | Verizon Wireless | 75.49 | 75.49 | - | - | - | - |
| 3415 | Warren Energy Services | 486,683.56 | 69,054.56 | - | - | - | 417,629.00 |
| 1131 | Warren Resources | 171,807.26 | 171,807.26 | - | - | - | - |
| 2256 | Western Star Communications | - | - | - | - | - | - |
| 2265 | Whiting Oil & Gas Corp. | - | - | - | - | - | - |
| 2275 | Winchester Well Service, Inc. | - | - | - | - | - | - |
| 2311 | Wyoming Department of | - | - | - | - | - | - |
| 2301 | Wyoming Machinery Comp. | - | - | - | - | - | - |
| 2304 | Wyoming Oil & Gas Cons. Comm, | - | - | - | - | - | - |
| 3250 | Xerox Financial Services | 796.00 | - | - | - | - | 796.00 |
| 2444 | XTO Energy | 15,705.81 | 4,371.81 | - | - | - | 11,334.00 |
| 1197 | Yates Petroleum Corporation | - | - | - | - | - | - |
| 2782 | Zavanna, LLC | (17,494.00) | - | 598.00 | 3,544.00 | 8,350.00 | (29,986.00) |
| 3456 | Zedi | 885.00 | - | 885.00 | - | - | - |
| 1072 | Zenergy, Inc. | (6.00) | - | - | - | - | (6.00) |
| 2320 | ZOCO Unlimited, Inc. | 1,495.00 | 1,495.00 | - | - | - | - |
|  |  | $ 913,916.32 | 493,525.32 | 7,227.00 | 38,583.00 | 13,489.00 | 361,092.00 |

**ANB Bank**

Prepared By:
Approved By:

NWM

6/2/2018

Escalera Resources Co.
1000.105 Warren GTA Disputed Charges (Acct #xxxxx113)
April 30, 2018

Balance Per Bank                    $174,221.93          Balance Per Books                    $174,221.93
Plus: Deposits in Transit                                Plus (Minus) Book Adjustments
Minus: Outstanding Checks

                                    $174,221.93                                               $174,221.93

                                                         Proof                                      $0.00





**ANB Bank.**

P.O. Box 9250  |  Colorado Springs, CO 80932

**RETURN SERVICE REQUESTED**

ESCALERA RESOURCES CO
DISPUTED WARREN GTA CHARGES
1675 BROADWAY STE 2200
DENVER CO 80202-4616

## Statement Ending 04/30/2018

Escalera Resources Co                          Page 1 of 4
Account Number:XXXXXXXX7113

### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch | Cherry Creek - Main Banking Center |
| ✉ | Address | 3033 E. First Avenue Denver, CO 80206 |
| 📱 | Phone | 303-394-5100 |
| 👤 | Customer Care | 1-866-433-0282 |
| 💻 | Online Banking | ANBbank.com |



# Life is mobile...so is your bank

## Mobile Banking | Mobile Deposit | Bill Pay

Online Banking and internet access required. Smartphone requirements, text messaging fees, and carrier charges may apply. See representative for details.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUS MONEY MGMT ACCT | XXXXXXXX7113 | $174,221.93 |

## BUS MONEY MGMT ACCT-XXXXXXXX7113

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 03/31/2018 | Beginning Balance | $174,185.42 |
| | 1 Credit(s) This Period | $36.51 |
| | 0 Debit(s) This Period | $0.00 |
| 04/30/2018 | Ending Balance | $174,221.93 |

### Interest Summary

| Description | Amount |
|---|---|
| Annual Percentage Yield Earned | 0.25% |
| Interest Days | 31 |
| Interest Earned | $36.51 |
| Interest Paid This Period | $36.51 |
| Interest Paid Year-to-Date | $108.79 |
| Average Ledger Balance | $174,185.42 |
| Average Available Balance | $174,185.42 |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/31/2018 | Beginning Balance | | | $174,185.42 |
| 04/30/2018 | INTEREST | | $36.51 | $174,221.93 |
| 04/30/2018 | Ending Balance | | | $174,221.93 |



Member
FDIC

*Thank you for choosing ANB Bank as your source for banking!*          ANBbank.com

## BUS MONEY MGMT ACCT-XXXXXXXX7113 (continued)

### Daily Balances

| Date | Amount |
|------|--------|
| 04/30/2018 | $174,221.93 |

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|--|----------------------|-------------------|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

```
                    GL Balance Inquiry (GL3342)
                     2 Escalera Resources Co.
                        06/01/18 05:07PM

Account Description................      04/30/18        04/30/18        Net Change

1000.105 Disputed Warren GTA Charges    174,221.93      174,221.93            0.00


*** Report Total ***                    174,221.93      174,221.93            0.00



                                  Page:    1
```

**ANB Bank**

Prepared By:
Approved By:

NWM

6/2/2018

Escalera Resources Co.
1000.100 Cash Operating Account (Acct #1    310/xxxxxx4201)
April 30, 2018

| Balance Per Bank | $3,876,363.33 | Balance Per Books | $3,656,856.02 |
| Plus: Deposits in Transit | 0.00 | Plus (Minus) Book Adjustments | |
| Outstanding Checks | (219,507.31) | | |

| Adjusted Balance Per Bank | $3,656,856.02 | Adjusted Balance Per Books | $3,656,856.02 |
| | | Proof | $0.00 |

Outstanding Checks Report (CD3316)
2 Escalera Resources Co.
For Bank Account: ANBD ANB BANK - Operating - DIP
Outstanding as of 4/30/2018
Report date & time 10:01:51          6/2/2018
Currency: US dollars

| Check No.. | Check date.... | Payee.... | Payee Name............................. | Credit to....... | Type. | Check amount........ |
|---|---|---|---|---|---|---|
| 47514 | 10/27/2017 | 2513 | Janice Bacon Walker | | RV | 199.26 |
| 47635 | 12/8/2017 | 2607 | Dubois Telephone Exchange | | AP | 240.19 |
| 47837 | 2/2/2018 | 2774 | Support.com, Inc. | | AP | 2,111.00 |
| 47999 | 3/29/2018 | 3365 | Brown Construction Inc. | | AP | 100.00 |
| 48025 | 4/5/2018 | 2069 | Patrick R. Sheehan | | AP | 700.00 |
| 48038 | 4/12/2018 | 3375 | Cantorco, Inc. | | AP | 10,040.00 |
| 48051 | 4/12/2018 | 2281 | Oil & Gas Conservation Comm. | | AP | 313.07 |
| 48062 | 4/12/2018 | 3456 | Zedi | | AP | 6,470.32 |
| 48066 | 4/19/2018 | 1818 | Cassidy  Mikesell, D.B.A | | AP | 2,971.00 |
| 48067 | 4/19/2018 | 3504 | D & S OILFIELD SERVICE, LLC | | AP | 805.50 |
| 48081 | 4/26/2018 | 3187 | 361 Services Inc | | AP | 23,487.00 |
| 48082 | 4/26/2018 | 3268 | All American Records | | AP | 183.73 |
| 48083 | 4/26/2018 | 3083 | Alsco | | AP | 482.42 |
| 48084 | 4/26/2018 | 1254 | Baggs Testing & Rental Inc. | | AP | 4,335.00 |
| 48085 | 4/26/2018 | 3365 | Brown Construction Inc. | | AP | 50.00 |
| 48086 | 4/26/2018 | 2939 | CSI Compressco Sub Inc. | | AP | 5,634.06 |
| 48087 | 4/26/2018 | 1658 | Complete Energy Services, Inc. | | AP | 463.50 |
| 48088 | 4/26/2018 | 2488 | DNOW L.P. | | AP | 560.46 |
| 48089 | 4/26/2018 | 1443 | Davis Construction | | AP | 521.00 |
| 48090 | 4/26/2018 | 1444 | Davis Family Inc. | | AP | 518.83 |
| 48091 | 4/26/2018 | 3511 | Insurance Risk Partners, LLC | | AP | 5,810.00 |
| 48092 | 4/26/2018 | 3112 | Jacam Chemicals 2013, LLC | | AP | 31,023.87 |
| 48093 | 4/26/2018 | 3404 | KLX Energy Services LLC | | AP | 2,562.55 |
| 48095 | 4/26/2018 | 2718 | Neofirma, Inc. | | AP | 6,607.00 |
| 48096 | 4/26/2018 | 3352 | Onsager | Fletcher | | | AP | 11,152.49 |
| 48097 | 4/26/2018 | 1916 | Petroleum Association of WY | | AP | 1,000.00 |
| 48098 | 4/26/2018 | 1947 | Power Service, Inc. | | AP | 2,217.27 |
| 48099 | 4/26/2018 | 3520 | Rebecca Deck HR Consulting | | AP | 660.00 |
| 48100 | 4/26/2018 | 3123 | Rosemont WTC Denver | | AP | 8,229.44 |
| 48101 | 4/26/2018 | 2105 | SP Plus Corporation | | AP | 855.00 |
| 48102 | 4/26/2018 | 2075 | Sky Blue Enterprises, Inc. | | AP | 757.90 |
| 48103 | 4/26/2018 | 2774 | Support.com, Inc. | | AP | 2,111.00 |
| 48104 | 4/26/2018 | 3426 | Tin Boy Garage, LLC | | AP | 254.04 |
| 48105 | 4/26/2018 | 3081 | True Value of Rawlins | | AP | 44.48 |
| 48106 | 4/26/2018 | 3415 | Warren Energy Services | | AP | 67,961.53 |
| 48107 | 4/26/2018 | 2275 | Winchester Well Service, Inc. | | AP | 13,525.78 |
| 48108 | 4/26/2018 | 3456 | Zedi | | AP | 4,548.62 |
| | | | | | | 219,507.31 |

37 Records Listed



**ANB Bank.**

P.O. Box 9250 | Colorado Springs, CO 80932

**RETURN SERVICE REQUESTED**

ESCALERA RESOURCES CO
DEBTOR IN POSSESSION ACCOUNT
CASE # 15-22395-TBM
OPERATING
1675 BROADWAY STE 2200
DENVER CO 80202-4616

## Statement Ending 04/30/2018

Escalera Resources Co                          Page 1 of 4
Account Number:XXXXXXXX4201

### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch | Downtown Denver Banking Center |
| ✉ | Address | 600 16th Street Denver, CO 80202 |
| 📱 | Phone | 303-394-5100 |
| 👤 | Customer Care | 1-866-433-0282 |
| 💻 | Online Banking | ANBbank.com |



# Life is mobile...so is your bank

## Mobile Banking | Mobile Deposit | Bill Pay

Online Banking and internet access required. Smartphone requirements, text messaging fees, and carrier charges may apply. See representative for details.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS ANALYSIS | XXXXXXXX4201 | $3,876,363.33 |

## BUSINESS ANALYSIS-XXXXXXXX4201

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 03/31/2018 | Beginning Balance | $4,161,604.65 |
| | 8 Credit(s) This Period | $625,903.04 |
| | 105 Debit(s) This Period | $911,144.36 |
| 04/30/2018 | Ending Balance | $3,876,363.33 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 04/10/2018 | POS Return WA SEATTLE AMAZON.COM SEQ# 021167 | $19.02 |
| 04/12/2018 | Commercial Remote Deposit | $12,340.65 |
| 04/12/2018 | Commercial Remote Deposit | $49,879.71 |
| 04/20/2018 | Commercial Remote Deposit | $206.35 |
| 04/20/2018 | Commercial Remote Deposit | $731.55 |
| 04/30/2018 | Wire In 28669650 SUMMIT ENERGY LLC SUMMIT ENERGY | $528,156.52 |



Member FDIC

*Thank you for choosing ANB Bank as your source for banking!*          ANBbank.com

## BUSINESS ANALYSIS-XXXXXXXX4201 (continued)

### Electronic Credits

| Date | Description | Amount |
|------|-------------|--------|
| 04/25/2018 | ConocoPhillips C L48_MNTH 086031223868004 | $26,339.79 |

### Other Credits

| Date | Description | Amount |
|------|-------------|--------|
| 04/04/2018 | Credit from Santander Bank Altered Check Claim Nov 2017 | $8,229.45 |

### Electronic Debits

| Date | Description | Amount |
|------|-------------|--------|
| 04/05/2018 | C0-ADVANTAGE RES INVOICE H327311 | $33,849.08 |
| 04/19/2018 | C0-ADVANTAGE RES INVOICE H330169 | $32,950.03 |
| 04/24/2018 | WYDOR WYDOR PMT 00643 | $37,532.50 |
| 04/25/2018 | ONRR RENTAL PAYMENT 0000 | $2,146.50 |

### Other Debits

| Date | Description | Amount |
|------|-------------|--------|
| 04/02/2018 | Wire Out 24592 Dept of the Interior | $125.29 |
| 04/02/2018 | POS Purchase CO 970-8244471 1534 CED SEQ# 001058 | $343.89 |
| 04/02/2018 | POS Purchase CO DENVER 91161 - DENVER ENERGY SEQ# 035524 | $855.00 |
| 04/02/2018 | POS Purchase TX 877-9076667 DATAROOMS.COM. LLC SEQ# 055545 | $873.25 |
| 04/04/2018 | POS Purchase WA AMZN.COM/BILL AMAZON MKTPLACE PMTS SEQ# 088820 | $288.15 |
| 04/05/2018 | POS Purchase GA 800-811-1648 UPS* 1ZR847TK072002461 SEQ# 022061 | $27.57 |
| 04/10/2018 | POS Purchase WA SEATTLE AMAZON.COM SEQ# 924080 | $31.90 |
| 04/10/2018 | POS Purchase CO 970-8244471 1534 CED SEQ# 088385 | $170.45 |
| 04/11/2018 | POS Purchase WA SEATTLE AMAZON.COM SEQ# 000313 | $8.68 |
| 04/11/2018 | POS Purchase CO 800-266-2278 COMCAST DENVER CS 1X SEQ# 009935 | $141.00 |
| 04/12/2018 | POS Purchase WA SEATTLE AMAZON.COM SEQ# 683035 | $7.99 |
| 04/13/2018 | POS Purchase CA 888-473-5297 MASTER ELECTRONICS SEQ# 033956 | $442.82 |
| 04/20/2018 | Recur Payment WA 800-642-7676 MSFT * E08005RX0X SEQ# 005896 | $134.32 |
| 04/24/2018 | POS Purchase CA 800-644-9070 START MEETING SEQ# 090005 | $26.90 |
| 04/25/2018 | POS Purchase WA AMZN.COM/BILL AMAZON MKTPLACE PMTS SEQ# 072161 | $208.69 |
| 04/26/2018 | POS Purchase CO 970-8244471 1534 CED SEQ# 002822 | $204.96 |
| 04/30/2018 | Wire Out 25793 Dept of the Interior | $65,212.08 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|--------|-----------|------|--------|-----------|------|--------|
| 47764 | 04/30/2018 | $2,278.85 | 48018 | 04/11/2018 | $3,465.80 | 48046 | 04/18/2018 | $1,991.79 |
| 47804* | 04/02/2018 | $3,847.40 | 48019 | 04/13/2018 | $33.37 | 48047 | 04/18/2018 | $50.00 |
| 47901* | 04/24/2018 | $3,178.31 | 48020 | 04/12/2018 | $7,311.57 | 48048 | 04/18/2018 | $2,586.04 |
| 47953* | 04/04/2018 | $598.00 | 48021 | 04/10/2018 | $240.01 | 48049 | 04/18/2018 | $198.84 |
| 47989* | 04/04/2018 | $520.00 | 48022 | 04/11/2018 | $1,113.00 | 48050 | 04/18/2018 | $4,608.67 |
| 47996* | 04/03/2018 | $7,543.00 | 48023 | 04/12/2018 | $423.00 | 48052* | 04/19/2018 | $910.00 |
| 47997 | 04/03/2018 | $241.21 | 48024 | 04/16/2018 | $426.55 | 48053 | 04/20/2018 | $25.42 |
| 47998 | 04/02/2018 | $24,686.93 | 48026* | 04/17/2018 | $52,363.49 | 48054 | 04/25/2018 | $230.00 |
| 48000* | 04/04/2018 | $552.91 | 48027 | 04/11/2018 | $40.80 | 48055 | 04/23/2018 | $1,618.86 |
| 48001 | 04/05/2018 | $3,186.11 | 48028 | 04/10/2018 | $114,893.11 | 48056 | 04/19/2018 | $757.90 |
| 48002 | 04/06/2018 | $521.00 | 48029 | 04/17/2018 | $7,500.00 | 48057 | 04/19/2018 | $181.30 |
| 48003 | 04/02/2018 | $546.87 | 48030 | 04/12/2018 | $7,500.00 | 48058 | 04/19/2018 | $1,868.67 |
| 48004 | 04/03/2018 | $1,737.69 | 48031 | 04/16/2018 | $1,368.46 | 48059 | 04/23/2018 | $100.00 |
| 48005 | 04/03/2018 | $5,810.00 | 48032 | 04/12/2018 | $600.00 | 48060 | 04/19/2018 | $75.62 |
| 48006 | 04/03/2018 | $661.38 | 48033 | 04/17/2018 | $8,229.45 | 48061 | 04/20/2018 | $34.15 |
| 48007 | 04/04/2018 | $754.00 | 48034 | 04/18/2018 | $1,440.00 | 48063* | 04/20/2018 | $23,492.43 |
| 48008 | 04/04/2018 | $10,996.79 | 48035 | 04/17/2018 | $241.21 | 48064 | 04/25/2018 | $12,247.25 |
| 48009 | 04/05/2018 | $24,148.95 | 48036 | 04/18/2018 | $5,916.39 | 48065 | 04/24/2018 | $6,669.90 |
| 48010 | 04/03/2018 | $920.00 | 48037 | 04/17/2018 | $58,296.99 | 48068* | 04/30/2018 | $1,885.35 |
| 48011 | 04/03/2018 | $2,111.00 | 48039* | 04/24/2018 | $1,623.78 | 48069 | 04/26/2018 | $3,894.69 |
| 48012 | 04/04/2018 | $1,824.97 | 48040 | 04/20/2018 | $25.00 | 48070 | 04/24/2018 | $2,231.98 |
| 48013 | 04/05/2018 | $58,915.80 | 48041 | 04/25/2018 | $3,286.82 | 48071 | 04/25/2018 | $13,194.77 |
| 48014 | 04/10/2018 | $6,375.28 | 48042 | 04/18/2018 | $4,644.28 | 48072 | 04/26/2018 | $6,683.30 |
| 48015 | 04/11/2018 | $17,862.00 | 48043 | 04/18/2018 | $1,210.00 | 48073 | 04/24/2018 | $616.31 |
| 48016 | 04/10/2018 | $241.21 | 48044 | 04/20/2018 | $17.62 | 48074 | 04/26/2018 | $36.87 |
| 48017 | 04/12/2018 | $7,500.00 | 48045 | 04/19/2018 | $86.12 | 48075 | 04/27/2018 | $5,974.82 |

**ANB Bank**®

## Statement Ending 04/30/2018

Escalera Resources Co

Account Number:XXXXXXXX4201

Page 3 of 4

## BUSINESS ANALYSIS-XXXXXXXX4201 (continued)

### Checks Cleared (continued)

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|--------|-----------|------|--------|-----------|------|--------|
| 48076 | 04/24/2018 | $17,572.73 | 48078 | 04/25/2018 | $74.72 | 48080 | 04/27/2018 | $2,788.60 |
| 48077 | 04/25/2018 | $61.99 | 48079 | 04/27/2018 | $151,429.11 | 48094* | 04/30/2018 | $1,614.75 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 04/02/2018 | $4,130,326.02 | 04/12/2018 | $3,877,661.44 | 04/23/2018 | $3,664,773.55 |
| 04/03/2018 | $4,111,301.74 | 04/13/2018 | $3,877,185.25 | 04/24/2018 | $3,595,321.14 |
| 04/04/2018 | $4,103,996.37 | 04/16/2018 | $3,875,390.24 | 04/25/2018 | $3,590,210.19 |
| 04/05/2018 | $3,983,868.86 | 04/17/2018 | $3,748,759.10 | 04/26/2018 | $3,579,390.37 |
| 04/06/2018 | $3,983,347.86 | 04/18/2018 | $3,725,931.79 | 04/27/2018 | $3,419,197.84 |
| 04/10/2018 | $3,861,414.92 | 04/19/2018 | $3,689,283.45 | 04/30/2018 | $3,876,363.33 |
| 04/11/2018 | $3,838,783.64 | 04/20/2018 | $3,666,492.41 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

GL Balance Inquiry (GL3342)
2 Escalera Resources Co.
06/01/18 05:07PM

| Account Description............... | 04/30/18 | 04/30/18 | Net Change |
|---|---|---|---|
| 1000.100 Cash Operating Account | 3,656,856.02 | 3,656,856.02 | 0.00 |
| *** Report Total *** | 3,656,856.02 | 3,656,856.02 | 0.00 |

Page:    1